UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF OHIO

EASTERN DIVISION

- - - *** - - -

Joseph C. Coxon,          )
                          )
          Plaintiff,      )
                          )
vs.                       )    Case No.
                          )    1:06 CV2910
                          )
City of Mentor, et al.,   )
                          )
          Defendants.     )

- - - *** - - -

Deposition of JOSEPH CHARLES COXON, the
Plaintiff herein, called by the Defendants
as if upon cross-examination under the statue,
and taken before Irma A. Blank, a Notary Public
within and for the State of Ohio, pursuant
to the agreement of counsel and pursuant to
the further stipulations of counsel herein
contained, on January 19, 2009, at 10:00 a.m.,
at the offices Mazanec, Raskin, Ryder & Keller
Company, L.P.A., 100 Franklin's Row, 34305
Solon Road, Cleveland, Ohio, 44139.

- - - *** - - -

Exhibit E

1   A.      I would assume that it went up a little

2   bit.  I'm not real sure, though, what my exact

3   weight was at the time.

4   Q.      Do you know approximately what your

5   weight would have been on September 2nd of

6   2004?

7   A.      I would -- My best guess would be

8   between 215, 220.

9   Q.      You look like a fairly athletic person.

10  Have you engaged in athletic pursuits in your

11  past?

12  A.      Yes.

13  Q.      Can you tell us about that?

14  A.      Well, I played basketball, football and

15  baseball in high school.

16  Q.      Where was that?

17  A.      Conneaut, Ohio.

18  Q.      Okay.  Did you go on to play --

19  A.      Yes.

20  Q.      -- sports after high school?

21  A.      Yes.  I played for the University of

22  Akron baseball.

23  Q.      And you graduated from Akron?

24  A.      Yes.

25  Q.      Did you play baseball all four years

1    there?

2    A.    I played baseball for four years.  I

3    did not finish my senior season.  I was a

4    Red Shirt.

5    Q.    Why didn't you complete your senior

6    season?

7    A.    Well, I was going into my fifth year

8    of school and was looking to graduate, was

9    having a hard time getting my classes done

10   and getting out in a reasonable time.

11   Q.    Okay.  When did you graduate from

12   Akron?

13   A.    1999.

14   Q.    What was your degree?

15   A.    Education.

16   Q.    You have never had any law enforcement

17   education of any type?

18   A.    During my first year at Akron, I took

19   criminal justice class.

20   Q.    Was that a single criminal justice

21   class?

22   A.    I believe it was.  There could have

23   been another.  I was looking to get into the --

24   maybe be a police officer or detective of some

25   sorts.

1    Q.     You've had no other law enforcement

2    training other than that criminal justice

3    class that you took at the University of

4    Akron?

5    A.     No, not that I'm aware of.

6    Q.     Do you personally engage in any

7    athletic pursuits, weightlifting, hobbies,

8    anything like that?

9    A.     Yes, I weightlift.

10   Q.     How long have you been a weightlifter?

11   A.     I've been weightlifting since third

12   grade.

13   Q.     Is that sort of an adjunct to your

14   other athletic pursuits to help you compete

15   better?

16   A.     Yeah.  When I was younger, my dad

17   would have us -- get us up in the morning,

18   come downstairs, you know, and work out,

19   push-ups.  He thought it was a good thing

20   to get us going in the morning, and we enjoyed

21   it, working out with him.  No weights at that

22   time, but more or less just being active.

23   Q.     And have you been a weightlifter pretty

24   much all of your adult life?

25   A.     Yes.

1   Q.      As of September 2nd of '04, do you know

2   what you were, say, bench-pressing as sort of a

3   mark for strength?

4   A.      As a mark for strength, September 2nd

5   of 2004, I can't give you an exact number, but

6   I could tell you I was probably 345, give or

7   take 20 pounds.

8   Q.      Do you do anything else to keep in shape

9   other than weightlifting?

10  A.      Yes.  I play softball.  I try to run

11  even though I have a hard time doing that; not

12  for any physical reasons, just for the reason

13  that running is not enjoyable to me.  You know,

14  I hunt.  I try to stay active.

15  Q.      Do you engage in any other kind of

16  aerobic exercise other than running?

17  A.      Basketball, swimming.

18  Q.      Are you on a regular league or anything?

19  A.      No, I do not.

20  Q.      Did you engage in basketball and swimming

21  back in September of '04?

22  A.      In that month of September of '04?

23  Q.      Well, during that general time period,

24  were those also hobbies of yours at that time?

25  A.      Oh, yes.  I probably wasn't swimming

1    question.  Your truck is equipped with an

2    airbag?

3    A.      Yes.

4    Q.      And that airbag did not discharge?

5    A.      No.

6    Q.      Do you recall whether or not you had

7    any discussions with the other driver involved

8    in this accident?

9           MR. FRIEDMAN:  What's your answer, Jim?

10          THE WITNESS:  I have no idea.

11          MR. FRIEDMAN:  You have no recollection?

12          THE WITNESS:  Right.  Now, I mean, zero.

13   Q.      Do you have any recollection of any

14   discussions with any other person prior to the

15   arrival of the police?

16   A.      I really have no recollection.

17   Q.      Now, there came a time when the police

18   arrived at the scene, at least according to all

19   the witness statements in this case.

20          Do you have any recollection of the

21   police arriving?

22   A.      I have no recollection of the police.

23   Q.      Do you have any recollection of the

24   police asking you to get out of your truck?

25   A.      I really have no recollection of that.

1   Q.     Do you have any recollection of turning

2   music on in your truck at any point in time?

3   A.     No recollection of that.

4   Q.     Do you have any recollection of the

5   police again asking you to get out of your car?

6   A.     No.  I have no recollection of the police

7   at all.

8   Q.     And when you say you have no

9   recollection, you can't say that that did or

10  did not occur; correct?

11  A.     I have no idea what occurred.

12  Q.     Do you have any recollection of telling

13  the police, in response to their request that

14  you get out of the car, "Fuck you.  Make me"?

15  A.     I have no recollection of that either.

16  Q.     You can't say that that did or did not

17  happen; correct?

18         MR. FRIEDMAN:  His answer is, he has no

19  recollection.

20  A.     I really have no recollection of anything

21  that occurred.

22  Q.     Do you have any recollection of putting

23  your car -- or your truck in reverse after

24  speaking with the police?

25  A.     I have no recollection of that.

1  Q.     And you don't have any recollection of

2  putting your hands in the air and saying,

3  "Don't shoot me"?

4  A.     No, I have no recollection of that.

5  Q.     Do you have any recollection of any

6  police officers reaching into your truck to

7  put your truck back in park?

8  A.     No.  I don't, no.

9  Q.     And so I can understand the layout

10  of your truck, what kind of truck is that?

11  A.     I have a Chevy Silverado.

12  Q.     And that's a large truck; correct?

13  A.     Extended cab.

14  Q.     Full-size truck?

15  A.     Extended cab, yeah.

16  Q.     Two or four doors?

17  A.     It's an extended cab, so it has two

18  and like the half door in the back.

19  Q.     That's the door that opens backwards?

20  A.     Yes.

21  Q.     So there is a rear seat in that?

22  A.     Yes.

23  Q.     And is the gear shift on the steering

24  column?

25  A.     Yes.

1  Q.    And the keys are also inserted into the

2  steering column?

3  A.    Yes.

4  Q.    Now, you say you have some recollection

5  of bits and flashes of the struggle between

6  yourself and the police; correct?

7  A.    I don't have any recollection of police

8  officers.

9  Q.    But you recall struggling with somebody?

10 A.    I recall getting beaten by people.

11 Q.    You couldn't identify them as police

12 officers in your own mind?

13 A.    I -- In the altered state that I'm in,

14 I couldn't identify anything other than the

15 fact people are killing me right now, is what

16 it felt like.

17 Q.    And what I want to get at is the

18 specific things that flash in your mind

19 about what happened during the course of

20 this altercation.

21       And I'd like you to describe for me, in

22 your own words, as best you can, the things

23 that you're seeing in your mind.

24 A.    In my mind, one of the flashes I see

25 is being driven, my face, into pavement,

1   suffocating.

2   Q.      And do you know what was giving you

3   the feeling of being suffocated?

4   A.      I don't know what was giving me the

5   feeling.  I don't know what was causing it.

6   Maybe my nose being slammed and pressed into

7   the concrete.

8   Q.      Okay.

9   A.      I could feel pain from people punching

10  my balls.

11  Q.      And by your balls, you're talking about

12  your testicles?

13  A.      Yes.

14  Q.      How many times were you punched in the

15  testicles?

16  A.      I can't tell you a number.

17  Q.      More than one?

18  A.      I really don't know.

19  Q.      What else can you picture in your mind

20  from this altercation?

21  A.      Something covering my face and not being

22  able to breathe, being jerked and kicked and

23  clubbed.  I don't know if "clubbed" is the

24  correct word as "punched."  Feeling like I was

25  dying, like a nightmare that I couldn't get out

1    of.

2    Q.    Anything else?

3    A.    No.

4    Q.    I want to ask a couple follow-ups to

5    make sure I'm understanding what you're talking

6    about.

7          You indicated that you recall something

8    covering your face.  Okay.  Can you describe

9    what it is that you saw covering your face?

10   A.    I can tell you what I learned it to be --

11   Q.    Okay.

12   A.    -- later.

13   Q.    Okay.

14   A.    Mace.

15   Q.    You later learned it was mace?

16   A.    Correct.

17   Q.    Gave you this feeling that your face

18   was covered?

19   A.    Yeah.  It felt like there was -- it

20   was just being blown, my nose, my mouth;

21   just it was like being held under water except

22   for the water is made of fire, if that makes

23   any sense.

24   Q.    So you recall being jerked, kicked,

25   clubbed.  The clubbing you thought was punching.

1  Do I understand that correctly?

2  A.     I couldn't tell you what it was.

3  Q.     Okay.

4  A.     There was just vicious -- like a baseball

5  bat.

6  Q.     And you say you felt like you were

7  dying.  Tell me what you mean by that.

8  A.     What I mean by that is, I mean when

9  you feel like you're in a fiery water, that

10 people are just stomping the hell out of you.

11 It pretty much means that you feel like you

12 could die if it doesn't stop.

13 Q.     Anything else about this altercation

14 with the police that you can recall of your

15 own memory?

16 A.     Of the time I was getting beat, you

17 mean just from that time right there?

18 Q.     During the time out on the street.

19 All right.

20 A.     I have a recollection of me telling

21 them that I have no idea how long it was after

22 screaming "I'm a diabetic."

23 Q.     So if I'm understanding correctly, you

24 can picture yourself telling the police you're

25 a diabetic at some point, but you don't know

1    when it was in relation to these flashes of a

2    physical altercation that you can recall?

3    A.    It was after those.

4    Q.    Okay.  You just don't know how long

5    after?

6    A.    No, I have no idea.

7    Q.    Anything else you can recall of your

8    time out on the street?

9    A.    I remember them calling -- telling

10    me -- calling me "a fucking asshole; you're

11    fucking going down."

12    Q.    That was out on the street?

13    A.    Yes.

14    Q.    Okay.  Do you know who said that to you?

15    A.    "Fucking liar," multiple times.

16    No, I can't -- I don't recall any people.

17    Q.    Anything else you recall about your time

18    out on the street?

19    A.    No, not that I can recall at this time.

20    Q.    Do you have any recollection of emergency

21    medical personnel coming to treat you?

22    A.    I was put into an ambulance.

23    Q.    By that time is your memory clearing at

24    all?

25    A.    When I was able to understand that these

1  were now police officers and that I was in

2  trouble, because I'm sitting there in handcuffs.

3  Q.     Do you have any recollection of the

4  treatment rendered to you in the ambulance?

5  A.     Wiping mace and blood off my face.

6  Q.     Did you do that or did somebody do that

7  for you?

8  A.     I was handcuffed and strapped like

9  Hannibal Lector in that ambulance.

10  Q.     You were strapped on a cot?

11  A.     Yes.

12  Q.     So somebody wiped your face off for you?

13  A.     Yes.

14  Q.     Was it one of the firefighters?

15  A.     I couldn't see anybody.  I couldn't see.

16  Q.     You were transported to Lake West

17  Hospital, if I'm not mistaken.  Is that correct?

18  A.     Yes, that's correct.

19  Q.     Do you have any recollection of that

20  drive to the hospital?

21  A.     Very vaguely, other than just being wiped

22  down.

23  Q.     Do you have any recollection of your time

24  at the hospital?

25  A.     I have some recollection of my time at

1    the hospital.

2    Q.    Tell me about your treatment at the

3    hospital.

4    A.    I was handcuffed to a bed of some sort,

5    to the metal frame of it.  And they cleaned

6    my wounds, gave me food for low sugar, maybe

7    took -- they asked me what -- why this happened.

8    Q.    Who asked you that?

9    A.    Nurse.  There was people in and out.

10   Q.    Do you have any recollection of speaking

11   with any police officers up to that point in

12   time when the nurse is asking you what happened

13   other than the statements you've already told

14   us about?

15   A.    Do I have any recollection talking to

16   any police officers at the hospital?

17   Q.    Up to that point in time.

18        In other words, you indicated that you

19   have some recollection of police officers

20   calling you a fucking asshole; you're going

21   down and calling you a fucking liar.  Between

22   that point in time and the time you reached the

23   hospital and had this conversation with the

24   nurse asking you why this occurred, do you

25   recall any other discussions you may have had

1  with any police personnel?

2  A.    There was somebody in the ambulance

3  with me.  And once again I am -- Can't see,

4  and I'm strapped in.  And I asked a question,

5  and I can't remember the question.  I think

6  what I asked was, did somebody die or something

7  along those lines, because, I mean, for me to

8  be in this situation, I thought something huge

9  had occurred.  And I, once again, was told to

10  shut the fuck up.

11  Q.    Any other discussions with any police

12  personnel up to the point you spoke with this

13  nurse in the hospital?

14  A.    There was two police officers in the

15  room with me.  And I'm sure -- I think I may

16  have asked one of them to loosen my handcuffs,

17  if I could just be without them.

18  Q.    And do you recall the response, if any?

19  A.    "We can loosen them."

20  Q.    And did they?

21  A.    A little bit.

22  Q.    Do you recall being discharged from the

23  hospital?

24  A.    No, I don't remember being -- I remember

25  leaving the hospital.

1    Q.       Okay.  How did you leave the hospital?

2    A.       Handcuffed, with officers.

3    Q.       Did any of those officers --

4             Well, strike that.

5             Where did you go?

6    A.       I went to their police cruiser.

7    Q.       And did the cruiser take you somewhere?

8    A.       They took me to the jail.

9    Q.       Mentor jail?

10   A.       Yes.

11   Q.       How many officers were with you?

12   A.       There were two driving the car.

13   Q.       Do you recall any discussions on the

14   ride to the Mentor jail?

15   A.       No, I don't recall anything.

16   Q.       What happened at the jail?

17   A.       I was put into a holding cell.

18   Q.       What happened then?

19   A.       I sat there for hours, and I believe at

20   that time I could make some phone calls, but I

21   couldn't remember anybody's number.

22            And a guy came up to me and asked me if

23   I was some kind of fighter or ultimate fighter

24   or wrestler -- I don't really remember -- and

25   just that kind of stuff.  I think he was

1  inquiring about my abilities.

2  Q.    Now, you say that a guy came up.  Was

3  this somebody that appeared to be in a police

4  uniform or another inmate or --

5  A.    No.  It was a -- It was some kind of

6  an officer, someone who worked.

7  Q.    Now, you've sat through the depositions

8  of several police officers that said they were

9  involved in the altercation with you out on the

10 street; correct?

11 A.    Yes, I was at the deposition.

12 Q.    Do you recognize any of those officers

13 being in the company that took you to the

14 hospital in the ambulance?

15 A.    I don't know who was with me in the

16 ambulance, and I don't -- I don't recall.

17 Q.    Do you recall any of those officers as

18 having been the person you recall calling you

19 a fucking asshole; you're going down and you're

20 a fucking liar?

21 A.    I don't remember which ones those are.

22 Q.    Do you have any recollection of any of

23 those individual officers who you saw deposed

24 as being the people that you saw kicking you

25 or beating you or do anything else out on the

1  street?

2  A.    Like I said, when I'm in that altered

3  state, I can see flashes.  And he is mostly --

4  I remember most -- not even remember, but the

5  visions are the most horrific ones.  I couldn't

6  tell you a face.  I couldn't tell you a day.

7  I couldn't tell you anything like that.

8  Q.    And that's actually a very good way to

9  put it.

10       As I understand, you cannot attach a

11  face to the visions that you see in terms of

12  people who were beating you or kicking you or

13  putting mace in your face or anything like

14  that; correct?

15  A.    I can't put a face.

16  Q.    Were any of the officers that you saw

17  deposed in this case the officers that drove

18  you back to the jail?

19  A.    I --

20  Q.    Well, strike that.

21       Do you recognize them as being any of

22  the officers that drove you back to the jail?

23  A.    I don't recall.

24  Q.    Do you recall any of the officers that

25  you saw deposed in this case as being the