```
              UNITED STATES DISTRICT COURT
               NORTHERN DIVISION OF OHIO
                    EASTERN DIVISION
                    - - - *** - - -
Joseph C. Coxon,            )
                            )
          Plaintiff,        )
                            )
vs.                         )   Case No.
                            )   1:06 CV2910
                            )
City of Mentor, et al.,     )
                            )
          Defendants.       )

                    - - - *** - - -
```

Deposition of BRIAN DAVID HOOVER, a witness herein, called by the Defendants as if upon direct examination under the statue, and taken before Irma A. Blank, a Notary Public within and for the State of Ohio, pursuant to the agreement of counsel and pursuant to the further stipulations of counsel herein contained, on January 19, 2009, at 3:30 p.m., at the offices Mazanec, Raskin, Ryder & Keller Company, L.P.A., 100 Franklin's Row, 34305 Solon Road, Cleveland, Ohio, 44139.

                    - - - *** - - -

1  up, probably between six and eight by the time
2  it was over.
3          Correct?
4  A.     Yes.
5  Q.     And you said you never saw anybody kick
6  my client.  You say two or three of them were
7  probably punching him.
8  A.     Yes.
9  Q.     And that's also including Phil using
10 the nightstick on him; maybe one or two or
11 guys were punching him; correct?
12 A.     Yes.
13 Q.     And this was happening all at the same
14 time; correct?
15 A.     Yes.
16 Q.     You saw civilians on my client; right?
17 A.     I remember -- I remember Brian and --
18 Brian was trying to, I think, help grab his
19 legs or something.  I don't -- Like I said,
20 I don't remember exactly what happened, but --
21 and if -- if I remember correctly, I believe
22 someone else who Brian knew was there as well,
23 who had also worked security with him, and
24 that's why they had decided to try to help
25 out.