

**Lake Hospital System**

## CERTIFICATION OF HOSPITAL RECORDS

PATIENT NAME:    Joseph Coxon

CASE NO:

Lake West Hospital
36000 Euclid Ave.
Willoughby, OH
44094-4662
(440) 953-9600

Lake East Hospital
10 East Washington St.
Painesville, OH
44077-3472
(440) 354-2400

Mentor Medical Campus
9485 Mentor Ave.
Mentor, OH
44060-4554
(440) 974-6800

Madison Medical Campus
6270 N. Ridge Rd.
Madison, OH
44057-2581
(440) 428-6800

Chardon Medical Campus
510 Fifth Avenue
Chardon, OH
44024
(440) 286-8908

Rehabilitation and Wellness
6000 Heisley Rd.
Mentor, OH
44060-1836
(440) 352-1200

Home Health
10 East Washington St.
Painesville, OH
44077-3472
(440) 639-0900

Tyler Boulevard
7956 Tyler Blvd.
Mentor, OH
44060-4806
(440) 255-6400

Willowick
30498 Lake Shore Blvd.
Willowick, OH
44095-4623
(440) 585-3322

www.LHS.net

TO:   Cefaratti Record Retrieval
      4608 St. Clair Ave.
      Cleveland, Ohio    44103

I, Maureen Smith, hereby certify that I am the custodian of Medical Records at Lake Hospital Systems, Inc. WEST, and I further certify that the attached records are true and accurate copies of the original records of __Joseph Coxon_____, a patient at Lake West Hospital.  I further certify that these records were made at the times indicated on these records by the personnel indicated on these records for the time period __12/05/01__ to __09/03/04__ , and that these records were made and kept in the usual course of business at this hospital.

__02/24/09_____                    _Maureen Smith_
DATE                               SUPERVISOR OF MEDICAL RECORDS

State of Ohio      )

County of Lake    )

Subscribed to and sworn before me on this 24th of February, 2009.

                    (SEAL)

                                    _Deborah K. Rydzinski_
                                    NOTARY PUBLIC

                              DEBORAH K. RYDZINSKI
                              Notary Public, State of Ohio
                              My Commission Expires May 19, 2009
                              Recorded in Lake County

                                              Exhibit H

09/02/ 1943          LAKE HOSPITAL SYSTEM, INC
                         Admission Summary
                                                    Admit Dt: 09/02/04
Room-Bed: Dschrgd
                                                    Admit Time: 16:35
Acct #: 0424600967                                  Unit #:   936243
Loc: WIL Service: MED
Patient: COXON,JOSEPH              Cell Phone:
Street: 2260 PAR LANE       City: WILLOUGHBY HILLS State: OH Zip: 44094
Telephone: (440)487-1553  Birthdate: 10/11/75   Age 28Y SSN: 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
Sex: M  Marital: S  Church:                CATHOLIC
Phone Msg:   Directory: Y-INCLUDE FAC DIR   Race: 1 Adm Source:7 Adm Type: 1
Adv Dir:  NONE                              Organ Donor: Y
Employer: 00428 KIRTLAND BD.OF EDUC   9152 CHILLICOTHE RD    KIRTLAND    OH
Adm Dx: EVAL                          Adm Phy:  1390  SMITH,ROBERT P
Adm Com:                              Att Phy:  1390  SMITH,ROBERT P
                                      ER Phy:   1390  SMITH,ROBERT P
Sur Dx:                               PC Phy:
Accident Information:
Accident Type:
*************************NEAREST RELATIVE INFORMATION*************************
Relative Name: COXON,CONNIE          Relationship: PARENT
Home Phone:(440)593-3063   Work Phone:        Ext:   Cell Phone:
Relative Name:                       Relationship:
Home Phone:                Work Phone:                Cell Phone:
*************************INSURANCE INFORMATION*************************
Primary Insured: COXON,JOSEPH        Relationship: PATIENT IS INSURED
Birthdate: 10/11/75            Guar Cell Phone:
Street: 2260 PAR LANE         City: WILLOUGHBY HILLS  St: OH  Zip: 44094
Telephone: (440)487-1553  SSN: 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  Empl Phone: (440)256-3314
Employer: 00428 KIRTLAND BD.OF EDUC     9152 CHILLICOTHE RD KIRTLAND OH 44094

Primary Insurance: 399010 COUNTY CONTRACTS     COUNTY CONTRACTS
Group #:                  Cert/SSN:302743160     Thru:MENTOR POLICE DEPARTMENT
Verifying Agency Name:                   Contact:
                                              Cont Phone:

Mail To:MENTOR POLICE DEPARTMENT       Auth #:
Street: 8500 CIVIC CENTER DR    City: MENTOR        St: OH  Zip: 44060
Benefit Phone: (440)974-5760 Ext:

Secondary Insured:                   Relationship:
Birthdate:
Street:                    City:              St:     Zip:
Telephone:                 SSN:          Empl Phone:
Employer:

Secondary Insurance:
Group #:                  Cert/SSN:            Thru:
Verifying Agency Name:                   Contact:
                                              Cont Phone:

Mail To:                    Auth #:
Street:                     City:              St:    Zip:
Benefit Phone:              Ext:
*************************MISCELLANEOUS INFORMATION*************************
Admitted By: AS              Referring Phys:
Preadmitted By: AS           Previous Discharge Date: 09/02/04 18:40
Old MR#:                     Legal Disposition:              FC: MI
CRT ID: ERC                  Restriction:
ROI: Yes                     Privacy Notice: Yes Date: 09/02/04
Discharge Date/Time: 09/02/04 18:40    Discharged To: IMP
Discharge Dx:                           Visit Check-In Areas:
                                         WIL
Corporate ID#: 00502828                       END-OF-REPORT

**LAKE HOSPITAL SYSTEM**
**EMERGENCY DEPARTMENT**
**PHYSICIAN ORDER SHEET**

Pt: COXON,JOSEPH
Acct:0424600967
BD:10/11/75         Unit #: 936243
Dr:ER,DOCTOR         28Y    Sex: M
ADM DATE: 09/02/04
                                WER  26956.

PRIMARY MD/DO CLINIC _____

CHIEF COMPLAINT _____

DATE: _____     Room # _____

ALLERGIES:  None

Dictation with this chart?   Yes   No

| TIME ORDERED | PHYSICIAN ORDERS (CIRCLE) | SEC | NURSE | PHYSICIAN NOTES |
|---|---|---|---|---|
| | Old Records       Old X-Rays       Old EKG's | | | Call to Dr _____  Time _____ |
| | CBC w/Platelets & auto diff      CBC w/Platelets, no diff | | | Paged again at _____ |
| | PT/INR/PTT   Na, K, Cl, CO₂  Glucose   Bun Creatinine | | | |
| | HCG Qualitative    HCG Quantitive   (Glucometer BS) | | 137 | S |
| | Amylase    Lipase    BMP      Hepatic Panel | | | |
| | Digoxin Level      Theophylline Level    BNP | | | O |
| | (ETOH)   (Urine Toxicity)    CK      Troponin T | | Sent ETOH | A |
| | Blood C&S x      Urine Dip    ua   Urine Culture | | 1721 | |
| | Strep Screen (Rapid)   Routine Strep Culture   Mono | | | P |
| | Aerosol w/ | | | |
| | EKG        ABG on _____% by   RT    MD/PA | | | |
| | cxr P-A & lat        cxr PORT        abd Series | | | **Diagnostic Impressions:** |
| | C-Spine Trauma              C-Spine Routine | | | ① Transient Altered Mental |
| | CT Scan of _____   US:_____ | | | Status — Probable Hypoglycemia |
| | without contrast  with IV contrast  with oral/IV contrast | | | ② Minor Head/Arm Contusions |
| | X-ray _____ | | | ③ Pepper Spray Dermatitis |
| | Reason: _____ | | | (conjunctivitis). |
| | psych eval            Restrain_____HRS | | | |
| | Locked       Soft           Vest | | | |
| | O₂ at _____ Pulse OX on    RA/O₂ = _____% | | | **Discharge Orders/Information** |
| | Monitor      Heplock/IV _____ | | | Follow up Dr. Reg Dr. in 2 days |
| | | | | Return if symptoms get worse |
| | | | | Rx prescribed  Watch glucoses. |
| | | | | Carefully. |
| | | | | OK to use usual insulin |
| | | | | glucose machine & maintain |
| | | | | diabetic diet. |
| | | | | |
| | | | | Released  AMA   LWBS   Time Out 840 |
| | | | | Observation: to Police |
| | | | | Admitted to: _____ Transferred to: _____ |
| | | | | Condition on Discharge/Transfer |
| | | | | ☐ Improved  ☐ Unchanged  ☐ Other |
| | | | | PA Signature _____ |

_____
MD/DO Signature

# LAKE HOSPITAL SYSTEM
## ER REPORT

| | |
|---|---|
| **MR#:** | 936243 |
| **PAT NAME:** | COXON, JOSEPH |
| **LOC/PAT TYPE:** | WER MED |
| **DATE:** | 09/02/2004 |

| | |
|---|---|
| **ATT PHY:** | ROBERT P. SMITH, M.D. |
| **SER:** | |

ADDENDUM: Please refer to the primary written record.

The pt was brought to the ED in the custody of local police department. He had been involved in a minor MVA and as the officers were investigating, he became agitated and the officers became involved in an altercation where in all parties ended up being pepper sprayed and having minor musculoskeletal injuries. When EMS arrived, they noted that he was alert, but agitated. The GLU was 138.

On arrival to the ED, it is noted that he is A&O x3. The skin of the face, neck, and upper chest is red and the conjunctivae are injected as is typical w/exposure to pepper spray. He had a small abrasion and swelling on the Rt side of the scalp. Pupils were 2 to 3 mm and reactive. The neck was supple. Lungs were clear. S1 and S2 present. Abd soft and nontender. It was noted that he was very muscular. He had a small abrasion on the Rt elbow and a bruise on the Rt upper arm. There were no signs of any fx's, so x-rays were not performed. His speech was clear. His mental status was coherent and polite.

He told me that after he had left school, that he taught social studies at the fourth grade level in a local community and that he had left school today and as he was driving he was feeling a little bit sick and he was trying to drink something. He did not recall being involved in an MVA, but the next thing he knew, there were men w/guns shouting at him and he believes that he was feeling very claustrophobic and he states that he probably lost control. He states that this has never happened to him before, although he has had an occ hypoglycemic episode. While he was in the ED, his blood sugars remained stable. He has been ambulatory. His alcohol level is 0, Tox screen is completely neg, and he is showing no abn neurologic nor psychologic nor abn psychiatric conditions.

DISCHARGE DIAGNOSES:
1. Transient altered mental status with behavior abnormality, most likely secondary to mild hypoglycemia.
2. Minor contusions to the head and right arm.
3. Pepper spray conjunctivitis and dermatitis.

Note, a call was placed to his primary and endocrinologist, Dr. Shehan, and I am told that he is not in the office today.

DICT BY: ROBERT P. SMITH, M.D.
26956/MedQ  D: 09/02/2004 18:25:45   T: 09/02/2004 18:54:36
Account #: 0424600967

© 2000 T-System, Inc. *Circle or check affirmatives, backslash (\) negatives.*

**Lake Hospital System**

# EMERGENCY PHYSICIAN RECORD
## Alleged Assault (5)

Pt: COXON, JOSEPH
Acct:0424600967 Unit #: 936243
BD:10/11/75 28Y Sex: M
Dr:ER,DOCTOR
ADM DATE: 09/02/04 WER

TIME SEEN: 1635 ROOM:_____ *EMS arrival*
HISTORIAN: (patient) __spouse __paramedics __others
__HX /__ EXAM LIMITED BY:_____

| HPI | **chief complaint:** Injury to: Multiple |
|---|---|

**occurred:**
☑ just PTA
__today_____
__yesterday_____
_____ days PTA

**where:**
__home __school
__neighbor's __city park
__work __street

**context:** __fists __kicked __choking
__pushed/thrown down __pushed/thrown against wall
__struck with object(s): Pepper spray

**location of pain/injuries:**
(head) face mouth
neck chest abdomen
back upper mid- lower
radiating to R / L thigh / leg

—right—
shldr hip
arm thigh
(elbow) knee
f-arm leg
wrist ankle
hand foot

—left—
shldr hip
arm thigh
elbow knee
f-arm leg
wrist ankle
hand foot

**severity of pain:**
(mild)
moderate
severe

**associated symptoms:**
__lost consciousness / dazed
duration:_____
remembers:
impact coming to hospital
seizure
Contusion.

**ROS** ☑all systems neg except as markd
__loss feeling/power arms/legs
__headache
__double vision / hearing loss
nunny slim

__trouble breathing / chest pain
__nausea / vomiting
__loss of bladder function
__skin laceration abrasion
__recent fever / illness

**SOCIAL HISTORY** __recent ETOH __smoker __drug abuse
**PAST HISTORY** __negative
IDDM.

Meds- __none /__ see nurses note
Allergies- __NKDA /__ see nurses note

---

☑ Nurses note reviewed ☐ Tetanus Immun. UTD ☑ Vital signs reviewed
**PHYSICAL EXAM** __Alert __Lethargic __Anxious
**Distress**- __NAD __mild __moderate __severe
**Other**- __c-collar ( PTA / in ED ) __back-board __IV __splint

**HEAD**
__no evidence of trauma __Battle's sign / Raccoon Eyes
see diagram
face & neck flushed red from pepper spray

**NECK**
__non-tender __see diagram
__painless ROM __vertebral point-tenderness
__trachea midline __muscle spasm / decreased ROM
__pain on movement of neck_____

Abrasion

**EYES**
__PERRL __unequal pupils R-___mm L-___mm
__EOMI __EOM entrapment / palsy
(conj injected) __subconjunctival hemorrhage_____

**ENT**
__nml external __hemotympanum_____
inspection __TM obscured by wax_____
__no dental injury __clotted nasal blood_____
__dental injury / malocclusion_____

**RESP & CVS**
__chest non-tender __see diagram ( on reverse )_____
__breath sounds nml __decreased breath sounds
__heart sounds nml __wheezing / rales_____
__splinting / paradoxical movements_____

**ABDOMEN**
__non-tender __see diagram ( on reverse )_____
__no organomegaly __tenderness / guarding / rebound
__mass / organomegaly_____

**GENITAL / RECTAL**
__nml genital exam __perineal hematoma_____
__nml vaginal exam __blood at urethral meatus_____
__nml rectal exam __decreased rectal tone_____
__heme negative stool

**NEURO / PSYCH**
__oriented x3 __confusion / disorientation
__mood & affect __EOM palsy / anisocoria
__CN'S nml __facial asymmetry_____
as tested __unsteady / ataxic gait_____
__sensation & __sensory / motor deficit_____
motor nml

Reflexes

0004

**Pt: COXON, JOSEPH**
Acct:0424600967          Unit #: 936243
BD:10/11/75          28Y          Sex: M
Dr:ER,DOCTOR
ADM DATE: 09/02/04          WER

## SKIN
__intact
__warm, dry
see diagram
crepitus / diaphoresis

## BACK
__no CVA tenderness
__no vertebral tenderness
see diagram
vertebral point-tenderness
CVA tenderness
muscle spasm / limited ROM

## EXTREMITIES
__atraumatic
__pelvis stable
__hips non-tender
__no pedal edema
__nml ROM
see diagram
bony point-tenderness
painful / unable to bear weight
pulse deficit
_gait_

Joint Exam:
__limited ROM / ligaments laxity / joint effusion



E

T=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(∅=without  m=mild
mod=moderate
sv=severe)
Tsv = Tenderness on
palpation (severe)

## XRAYS
☐ Interp. by me   ☐ Reviewed by me   ☐ Discsd w/radiologist

**C-Spine   D-Spine   LS-Spine**
__nml / NAD
__no fracture
__nml alignment
__soft tissues nml
__reversal / straightening of cerv. lordosis
__DJD / spondylosis / spurring

**CXR**
__nml / NAD
__no infiltrates
__nml heart size
__nml mediastinum
__rib fracture
__infiltrate / atelectasis

**OTHER** ☐ See separate report

## PROGRESS:
Pt. reports feeling 'not right' & trying to take
something to drink. Not sure if he hit a car.
"Guys with guns" "I felt claustrophobic"
"I couldn't think"
See dictated record.

__ Discussed with Dr.____
will see patient in:  office / ED / hospital
__ Counseled patient / family regarding:
lab results  diagnosis  need for follow-up
__ Rx given  __ Admit orders written
__ CRIT CARE- 30-74 min
__ 75-104 min ____ min
__ Prior records ordered
__ Additional history from:
family  caretaker  paramedics

## CLINICAL IMPRESSION:          *Alleged Assault*

| contusion | | | sprain / strain |
|---|---|---|---|
| head | wrist | R / L | neck dorsal lumbar |
| face | hand | R / L | |
| chest | hip | R / L | |
| abdomen | thigh | R / L | **concussion** |
| back | knee | R / L | with LOC   w/o LOC |
| shoulder R / L | leg | R / L | |
| arm | R / L | ankle | R / L | **laceration** |
| elbow | R / L | foot | R / L | |
| forearm | R / L | | |

Transient A.M.S. - Probable Hypoxia
Minor Head / Arm Contusion (C) Vertebral area

**DISPOSITION-** ☐ home ☐ admitted ☐ transferred____
**CONDITION-** ☐ unchanged ☐ improved ☐ stable

_____ PA

_____ MD / DO

## Wound Description/Repair
length____cm   location____
__ superficial __SQ __muscle __linear __*stellate __*irregular
__ clean __contaminated *moderately / *heavily
**distal NVT:** __neuro & vascular status intact __no tendon injury
**anesthesia:** __local __digital block ____cc
__ lidoc 1% 2%  epi / bicarb ___marcaine .25% .5% __LET
**prep:**
__ Shur-Clens / Betadine __*debrided / undermined
__ irrigated / washed w/saline *extensively
*extensively __foreign material removed
__ explored minimal  moderate  extensive
Wound closed with: wound adhesive / steri-strips
**repair:** SKIN- #_____-0 nylon / prolene / staples
*SUBCU- #_____-0 vicryl / chromic
*may indicate intermediate repair  *may indicate intermediate or complex repair

Alleged Assault - 20

**0005**

©2001-2003 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

06



**Lake Hospital System**

**EMERGENCY NURSING RECORD**
Multiple Trauma

Pt: COXON, JOSEPH
Acct:0424600967    Unit #: 936243
BD:10/11/75        28Y    Sex: M
Dr:ER,DOCTOR            WER
ADM DATE: 09/02/04

---

**TRIAGE** TIME /625   emergent (urgent) non-urgent

NAME: Joseph Coxon
DOB: 10-41-75    AGE: 28   (M) F
HISTORIAN: ✓patient __paramedics __family
ARRIVAL MODE: __wheelchair ✓EMS __police __walk-in
PCP: Sclean __none
IMMUNIZATIONS: current / not current / referral
LAST TETANUS: ___unknown___ __see EMS report __cervical collar
TREATMENT PTA __see EMS report __cervical collar
__backboard

CHIEF COMPLAINT while driving pt states
occurred __just PTA __ "I was confident &
couldn't get control of myself"
__lost consciousness "I think of everything"

INJURIES

| | Rt | | Lt |
|---|---|---|---|
| head | neck body | shoulder hip | shoulder hip |
| face | back | arm thigh | arm thigh |
| nose | chest | elbow knee | elbow knee |
| mouth | abdomen | forearm leg | forearm leg |
| | coccyx | wrist ankle | wrist ankle |
| | | hand foot | hand foot |

Pt was pepper sprayed per Mentor
police

PAIN LEVEL current 7 /10 max 9 /10

MECHANISM
__fall _____ __GSW / stab wound
__hit by wheelchair _____ __burn
__motorcycle / bicycle ___ __industrial
__chemical exposure _____
Assault by Police
SAFETY
__none __helmet __safety glasses __walking at scene

VITALS time: 1625   Wt 220 lbs/Kg
BP 123/  P 144 RR 20 T 364 (O) r Ax
O₂ Sat% 97% (RA) O₂ _____ GCS____
ALLERGIES /(NKDA)/ PCN / ASA / sulfa / latex
Allergic Reaction _____

MEDS __none __OTC __prescription __herbal
NaNa
Zantac QH8
PAST Hx __negative                 ↓BS
__heart disease / HTN /(diabetes: insulin)
__past surgeries __none cleansing

(smoker)/ drugs /(alcohol) 6-7 a day ( weekends
__TB exposure / symptoms
__has been physically hurt or threatened by someone close

LMP___ G___ Para___ AB___ __pregnant / postmenopausal

RN Signature K Doytek RN

---

FALL RISK EVALUATION
2 ( ) History of Fall in last 3 months
3 ( ) Impaired judgment / lack of safety awareness
1 ( ) Impaired gait
2 ( ) Agitation
1 ( ) Difficulty getting to bathroom in time
1 ( ) Dizziness / Vertigo
Score greater than or equal to 2 required Fall Warning Interventions

TIME TO ROOM: 1625

**INITIAL ASSESSMENT** TIME 1625   ROOM 23A
GENERAL APPEARANCE
__no acute distress        __cervical collar / back board in place__
__alert                    __mild / moderate / severe distress__
                           __anxious / decreased LOC__

FUNCTIONAL / NUTRITIONAL ASSESSMENT
__appears well nourished   __obese / malnourished
__independent ADL          __assisted / total care

RESPIRATORY
__no resp distress         __mild / moderate / severe distress__
__nl breath snds           __wheezing / crackles / stridor__
                           __decreased breath sounds__

CVS
__regular rate             __tachycardia / bradycardia / irregular__
__pulses strong            __pulse deficit__
__skin warm & dry          __cool / diaphoretic__
                           __pale / cyanotic__

NEURO
__oriented x 3             __disoriented to person / place / time__
__PERRL                    __confused__
                           __pupils unequal__
                           __weakness / sensory loss__

HEENT
__no evidence of trauma    (scalp tenderness)/ laceration
__nl eye inspection        __eye injury__
__nl ENT inspection        __nasal / dental injury__
NECK / BACK
__no evidence of trauma    __laceration / abrasion / swelling
__non-tender               (tenderness)

ABDOMEN
__nl inspection            __tenderness / guarding / rebound__
__non-tender               __blood at urethral meatus__
__bowel sounds present
EXTREMITIES
__no evidence of trauma    __laceration / abrasion Both arms
__non-tender               (tenderness)/ swelling  legs
__moves all extremities    __limited ROM__
                           __deformity__

ADDITIONAL FINDINGS
Pt is diabetic + only ate 2 small
sandwiches.

Nurse Signature K Doytek RN

---

Form # NN06

**NURSING**

0006

## ACTIONS

| TIME | | | INIT |
|---|---|---|---|
| | cervical collar | back board | |
| | ice pack / elevation | warming measures | |
| | bandage applied | wet to dry dressing | |
| | set up suture tray | | |
| | O₂ _____ L via | | |
| | pulse oximeter | | |
| | cardiac monitor | | |
| | Glucometer | | |
| | tetanus diphtheria / tetanus toxoid | | |
| | 0.5ml  IM  lot #: | | |
| | exp. date _____ manufacturer | | |
| | bed low position _____ side rails up  x1  x2 | | |
| | call light in reach _____ head of bed elevated | | |
| | ready for Dr Eval / notified doctor | | |
| | restraints  see documentation | | |

## IV RECORD

| Time | Solution | Site | gauge | Rate | amt in | D/C | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## MEDICATIONS

| Time | Medication | Dose | route | Site | INIT |
|---|---|---|---|---|---|
| | | | | | |
| | Response: | | | | |
| | | | | | |
| | Response: | | | | |
| | | | | | |
| | Response: | | | | |
| | | | | | |
| | Response: | | | | |

## PROCEDURES

| TIME | | INIT |
|---|---|---|
| | laceration repair by: | |
| | single / multiple layer  face  limb  trunk | |
| | length after closure: | |
| | foreign body removed by: | |
| | simple  complex _____ cornea / conjunctiva / foot | |
| | dislocation reduced by: | |
| | shoulder  elbow  MTP  patella | |
| | splint applied by: | |
| | arm  leg _____ short  long | |
| | assessed post-procedure | |
| | color / sensation / movement | |
| | cleaned wound _____ applied antibiotic ointment | |
| | applied dressing / Band-Aid / elastic wrap | |
| | crutch training w/ proper return demonstration | |
| | to X-ray  w / monitor / nurse / O₂ / tech | |

## VITAL SIGNS

| Time | BP | P | RR | T | O₂Sat | Rhythm | Pain | INIT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | /10 | |
| | | | | | | | /10 | |
| | | | | | | | /10 | |
| | | | | | | | /10 | |

Multiple Trauma - 06

## PAIN REASSESSMENT

| Time | Description | Level | INIT |
|---|---|---|---|
| | | /10 | |
| | | /10 | |
| | | /10 | |

## ADDITIONAL NOTE

__site: redness  swelling  bleeding  __catheter tip intact

__IV / saline lock discontinued:  Time_____  Initials_____

| INTAKE | OUTPUT | |
|---|---|---|
| IV: | Urine: | |
| PO: | Emesis: | |
| Other: | Blood-Approx: | |
| | liquid stool | |
| Total: | Total: | |

## PROPERTY TO:

__patient  __family  __security  __safe  __see patient belongings list

__patient aware

## DISPOSITION

__discharged  home  police  nursing home  coroner  funeral home

__verbal / written instructions / Rx  given to:  patient _____

__verbalized understanding

__learning barriers addressed_____

__accompanied by / driver:_____

__pain level at discharge _____ / 10

__admitted / transferred  to_____

__report to _____ time_____

__transfer documentation completed

__notified  family / police / coroner

__left AMA / LWBS  signed AMA sheet  refused _____

__physician notified of:

## CONDITION

__unchanged _____ improved _____ stable _____ other_____

Disch Time_____  Mode: walk  crutches w/c offered/refused  stretcher  ambulance

Discharge Nurse Signature _____

☐ Continuation Sheet

| SIGNATURE / PRINTED NAME | INITIAL |
|---|---|
| KDoyteeRN  KATHY DOYTEK | ICD |
| | |
| | |

0007

## ACTIONS

| TIME | | | INIT |
|------|---|---|------|
| | cervical collar | back board | |
| | ice pack / elevation | warming measures | |
| 1630 | bandage applied ⊃ | wet to dry dressing | KO |
| | set up suture tray | | |
| | O₂ _____ L via | | |
| | pulse oximeter | | |
| | cardiac monitor | | |
| 1635 | Glucometer | 137 | KO |
| | tetanus diphtheria / tetanus toxoid | | |
| | 0.5ml   IM        lot #: | | |
| | exp. date          manufacturer | | |
| 1635 | bed low position    side rails up ⟨x1  x2⟩ | | KO |
| | call light in reach    head of bed elevated | | |
| | ready for Dr Eval / notified doctor | | |
| | restraints  see documentation | | |

### IV RECORD

| Time | Solution | Site | gauge | Rate | amt in | D/C | INIT |
|------|----------|------|-------|------|--------|-----|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### MEDICATIONS

| Time | Medication | Dose | route | Site | INIT |
|------|-----------|------|-------|------|------|
| | | | | | |
| | Response: | | | | |
| | | | | | |
| | Response: | | | | |
| | | | | | |
| | Response: | | | | |
| | | | | | |
| | Response: | | | | |

### PROCEDURES

| TIME | | INIT |
|------|---|------|
| | laceration repair by: | |
| | single / multiple layer   face  limb  trunk | |
| | length after closure: | |
| | foreign body removed by: | |
| | simple  complex   cornea / conjunctiva / foot | |
| | dislocation reduced by: | |
| | shoulder  elbow   MTP  patella | |
| | splint applied by: | |
| | arm  leg    short  long | |
| | assessed post-procedure | |
| | color / sensation / movement | |
| 1730 | cleaned wound    applied antibiotic ointment | KO |
| | applied dressing / Band-Aid / elastic wrap | KO |
| | crutch training  w/ proper return demonstration | |
| | to X-ray   w / monitor / nurse / O₂ / tech | |

### VITAL SIGNS

| Time | BP | P | RR | T | O₂Sat | Rhythm | Pain | INIT |
|------|----|----|----|----|-------|--------|------|------|
| | | | | | | | /10 | |
| | | | | | | | /10 | |
| | | | | | | | /10 | |
| | | | | | | | /10 | |

### PAIN REASSESSMENT

| Time | Description | Level | INIT |
|------|-------------|-------|------|
| | | /10 | |
| | | /10 | |
| | | /10 | |

### ADDITIONAL NOTE

site:  redness  swelling  bleeding    catheter tip intact

1730 - Pt calm, recounting story of having
VSS Apologetic Cooperative
1700 Pt cleaned of pepperspray. Police
Placed cuffs & handcuffs to removed
to obtain blood/urine & have
pt rinse eyes @ eyewash station
1721 urine sent # to lab id
1730 Chem Stick 140 - Pt feels sugar
is going low. Dinner tray ordered KO

_____ IV / saline lock discontinued:    Time: _____    Initials: _____

### INTAKE / OUTPUT

| INTAKE | | OUTPUT | |
|--------|---|--------|---|
| IV: | | Urine: | |
| PO: | | Emesis: | |
| Other: | | Blood-Approx: | |
| | | liquid stool | |
| Total: | | Total: | |

### PROPERTY TO:

| _patient    _family    _security    _safe    _see patient belongings list |
|---|
| _patient aware |

### DISPOSITION

‿discharged  home ⟨police⟩ nursing home  coroner  funeral home
⟨verbal /⟩ written instructions / Rx  given to:  patient _____
⟨verbalized understanding⟩
learning barriers addressed
accompanied by / driver: ⟨Mentor Police⟩
pain level at discharge ⟨0⟩/10   in handcuffs

_admitted / transferred  to _____
_report to _____   time _____
_transfer documentation completed

_notified  family / police / coroner _____
_left AMA / LWBS   signed AMA sheet   refused _____
_physician notified of: _____

### CONDITION

_unchanged   ✓improved  _stable   _other _____
Disch Time 1840  Mode: walk  crutches w/c offered/refused  stretcher  ambulance

Discharge Nurse Signature  K Doyten RN

☐ Continuation Sheet

| SIGNATURE / PRINTED NAME | INITIAL |
|--------------------------|---------|
| K Doyter RN  KATHY DOYTER | KO |
| | |

0008

©2001-2003 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

06

 **Lake Hospital System**

# EMERGENCY NURSING RECORD
## Multiple Trauma

**TRIAGE** TIME_____ emergent   urgent   non-urgent

NAME:_____
DOB:_____ AGE:_____ M / F
HISTORIAN: __patient __paramedics __family_____
ARRIVAL MODE: __wheelchair __EMS __police __walk-in
PCP:_____ __none
IMMUNIZATIONS: current / not current / referral_____
LAST TETANUS:_____

TREATMENT PTA __see EMS report __cervical collar
__backboard_____

CHIEF COMPLAINT _____
occurred __just PTA_____

__lost consciousness_____

**INJURIES**        Rt           Lt

| head | neck | shoulder | hip | shoulder | hip |
| face | back | arm | thigh | arm | thigh |
| nose | chest | elbow | knee | elbow | knee |
| mouth | abdomen | forearm | leg | forearm | leg |
| | coccyx | wrist | ankle | wrist | ankle |
| | | hand | foot | hand | foot |

_____
_____

PAIN LEVEL   current_____ / 10   max_____ / 10

MECHANISM
__fall_____ __GSW / stab wound____
__hit by wheelchair_____ __burn_____
__motorcycle / bicycle_____ __industrial_____
__chemical exposure_____
SAFETY
__none __helmet __safety glasses __walking at scene____

VITALS   time:_____ Wt._____lbs/Kg
BP_____/_____ P_____ RR_____ T_____ O r Ax
O₂ Sat%_____ RA / O₂_____ GCS_____

ALLERGIES __NKDA / PCN / ASA / sulfa / latex
Allergic Reaction_____

MEDS __none __OTC__prescription __herbal_____
_____

PAST Hx __negative
__heart disease / HTN / diabetes; insulin_____
__past surgeries none_____
_____
__smoker / drugs / alcohol_____
__TB exposure / symptoms_____
__has been physically hurt or threatened by someone close_____

LMP_____ G_____ Para_____ AB_____ pregnant / postmenopausal

RN Signature _____

---

FALL RISK EVALUATION
2 ( ) History of Fall in last 3 months
3 ( ) Impaired judgment / lack of safety awareness
! ( ) Impaired gait
2 ( ) Agitation
! ( ) Difficulty getting to bathroom in time
! ( ) Dizziness / Vertigo
Score greater than or equal to 2 required Fall Warning Interventions

TIME TO ROOM:_____

**INITIAL ASSESSMENT** TIME:_____ ROOM:_____
GENERAL APPEARANCE
__no acute distress
__alert

__cervical collar / back board in place_____
__mild / moderate / severe distress_____
__anxious / decreased LOC_____

FUNCTIONAL / NUTRITIONAL ASSESSMENT
__appears well nourished __obese / malnourished____
__independent ADL __assisted / total care_____

RESPIRATORY
__no resp distress
__nl breath snds

__mild / moderate / severe distress_____
__wheezing / crackles / stridor_____
__decreased breath sounds_____

CVS
__regular rate
__pulses strong
__skin warm & dry

__tachycardia / bradycardia / irregular____
__pulse deficit_____
__cool / diaphoretic_____
__pale / cyanotic_____

NEURO
__oriented x 3
__PERRL

__disoriented to person / place / time_____
__confused_____
__pupils unequal_____
__weakness / sensory loss_____

HEENT
__no evidence of trauma
__nl eye inspection
__nl ENT inspection

__scalp tenderness / laceration_____
__eye injury_____
__nasal / dental injury_____

NECK / BACK
__no evidence of trauma
__non-tender

__laceration / abrasion / swelling_____
__tenderness_____

ABDOMEN
__nl inspection
__non-tender
__bowel sounds present

__tenderness / guarding / rebound____
__blood at urethral meatus_____

EXTREMITIES
__no evidence of trauma
__non-tender
__moves all extremities

__laceration / abrasion_____
__tenderness / swelling_____
__limited ROM_____
__deformity_____

ADDITIONAL FINDINGS
_____
_____
_____

Nurse Signature _____

Form # NN06

# NURSING

0009

**MEDICATIONS**

| Time | Medication | Dose | route | Site | INIT |
|------|-----------|------|-------|------|------|
| | Response: | | | | |
| | Response: | | | | |
| | Response: | | | | |
| | Response: | | | | |
| | Response: | | | | |
| | Response: | | | | |
| | Response: | | | | |
| | Response: | | | | |
| | Response: | | | | |

**VITAL SIGNS**

| Time | BP | P | RR | T | O₂Sat | Rhythm | Pain | INIT |
|------|----|---|----|----|-------|--------|------|------|
| | | | | | | | /10 | |
| | | | | | | | /10 | |
| | | | | | | | /10 | |
| | | | | | | | /10 | |

**ADDITIONAL NOTES**  ☑ *continued from template*

1635 Pt continues to recant "When I lived in
Connecut Pd - everybody knew me
the police function + they
would just restrain me until
they cot me danger + then I
was okay." Pt state "I
Could have really hurt
Someone bad" "you know
I'm a teacher - I would never
hurt anyone" "Please tell the
police I'm sorry."
1815 - BSG → 255 pending — KO
1830 - Pt remains uncuffed Cooperative
D/C instructions given    KO

**INTAKE**

| INTAKE | OUTPUT | |
|--------|--------|---|
| IV: | Urine: | |
| PO: | Emesis: | |
| Other: | Blood-Approx: | |
| | liquid stool | |
| Total: | Total: | |

**PAIN REASSESSMENT**

| Time | Description | Level | INIT |
|------|-------------|-------|------|
| | | /10 | |
| | | /10 | |
| | | /10 | |
| | | /10 | |
| | | /10 | |
| | | /10 | |

**CONSULTS**

| Time called | Service | Time in ED |
|-------------|---------|------------|
| | | |
| | | |
| | | |
| | | |

**DISPOSITION**

__discharged  home  police  nursing home  coroner  funeral home
__verbal / written instructions / Rx given to:    patient _____
__verbalized understanding
__learning barriers addressed _____
__accompanied by / driver: _____
__pain level at discharge _____ /10

__admitted / transferred  to _____
__report to _____ time
__transfer documentation completed
__notified family / police / coroner
__left AMA / LWBS  signed AMA sheet  refused _____
__physician notified of: _____

**IV DRIP INFUSIONS**

| DRUG | | DRUG | |
|------|------|------|------|
| TIME | RATE | TIME | RATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SIGNATURE / PRINTED NAME | | INITIAL |
|--------------------------|---|---------|
| K Doytek (s)  KATHY DOYTEK | | KD |

General Continuation Sheet - 11

11

**Lake Hospital System**

**EMERGENCY NURSING RECORD**
**General Continuation Sheet**

**SECONDARY ASSESSMENT**   TIME:_____   ROOM:_____

**ACTIONS / PROCEDURES**

**GENERAL APPEARANCE**
__no acute distress      __mild / moderate / severe distress____
__alert                  __anxious / decreased LOC____

**RESPIRATORY**
__no resp distress       __mild / moderate / severe distress____
__nl breath snds         __wheezing / crackles / stridor____
                         __decreased breath sounds____

**CVS**
__regular rate           __tachycardia / bradycardia / irregular____
__pulses strong          __pulse deficit____
__skin warm & dry        __cool / diaphoretic____
                         __pale / cyanotic____

**NEURO**
__oriented x 3           __disoriented to person / place / time____
__PERRL                  __confused____
                         __pupils unequal____
                         __weakness / sensory loss____
                         __contractions____

**HEENT**
__nl eye  inspection     __scalp tenderness / laceration____
__nl ENT inspection      __scleral icterus / pale / red conjunctivae
                         __nasal drainage____
                         __epistaxis____

**ABDOMEN**
__nl inspection          __tenderness / guarding / rebound____
__non-tender             __blood at urethral meatus____
__bowel sounds present

**EXTREMITIES**
__non-tender             __calf tenderness____
__no pedal edema         __pedal edema____
__moves all extremities

**ADDITIONAL FINDINGS**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| TIME | | INIT |
|---|---|---|
| O₂ _____ L via |  |  |
| ventilator  T.V.  rate  FIO₂ |  |  |
|  |  |  |
| cardioversion |  |  |
| CPR |  |  |
|  |  |  |
| peritoneal lavage |  |  |
|  |  |  |
| LAVAGE |  |  |
| irrigated |  |  |
| return |  |  |
|  |  |  |
| central line placed |  |  |
| chest tube |  |  |
|  |  |  |
| bronchodilator treatment   nebulizer   inhaler |  |  |
| x1  2  3 |  |  |
|  |  |  |
| IV's established  see IV record |  |  |
|  |  |  |
| restraints  see documentation |  |  |

**IV RECORD**

| Time | Solution | Site | gauge | Rate | amt in | D/C | INIT |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Form # NN11

**NURSING**

 # Lake Hospital System, Inc.

Lake West Hospital
3600 Euclid Ave.
Willoughby, OH 44094

Madison Medical Campus
6270 North Ridge Rd.
Madison, OH 44057

Tyler Blvd Walk-In Care Center
7956 Tyler Blvd.
Mentor, OH 44060

Lake East Hospital
10 E. Washington St.
Painesville, OH 44077

Mentor Medical Campus
9485 Mentor Ave.
Mentor, OH 44060

Lake Willowick Urgent Care Center
30498 Lake shore Blvd.
Willowick, OH 44094

```
MR#: 936243        LOC: WIL
COXON, JOSEPH
ACCT#: 0424600967
BD: 10/11/1975     M
PHYS:SMITH, ROBERT P. M.D.
        ER,DOCTOR
```

```
H2290  COLL: 09/02/2004  17:19 REC: 09/02/2004  17:43 PHYS: SMITH, ROBERT P

COPY FOR:


    URINE DRUG SCREEN                                        STAT
        THC              NEGATIVE                            STAT
        LSD              NEGATIVE                            STAT
        PROPOXYPHENE     NEGATIVE                            STAT
        METHADONE        NEGATIVE                            STAT
        COCAINE METABOL  NEGATIVE                            STAT
        BENZODIAZEPINE   NEGATIVE                            STAT
        PCP              NEGATIVE                            STAT
        OPIATE           NEGATIVE                            STAT
        AMPHETAMINE/ECS  NEGATIVE                            STAT
        BARBITURATE      NEGATIVE                            STAT
        PHENOTHIAZINE S  NEGATIVE                            STAT
        COMMENT                                              STAT
                         These Toxicological Screening Tests provide
                         unconfirmed qualitative measurements to aid in
                         treatment and diagnosis in cases of drug use or
                         overdose. A positive result does not indicate or
                         measure intoxication. For specific test
                         performance or pathologist consultation, please
                         contact the Laboratory.



H2257  COLL: 09/02/2004  17:00 REC: 09/02/2004  17:02 PHYS: SMITH, ROBERT P

COPY FOR:


    ALCOHOL (ETHYL)      <0.010              *  [0-0]        GM/DL
```

COXON,JOSEPH          SMITH, ROBERT P. M.D ER,DOCTOR                    1

**LAKE HOSPITAL SYSTEM**
**PATIENT CONSENT FORM** (Page 1 of 2)

Pt: COXON,JOSEPH
Acct:0424600967
BD:10/11/75          Unit #: 936243
Dr:ER,DOCTOR         28Y    Sex: M
ADM DATE: 09/02/04
                     WER

### REQUEST FOR GENERAL TREATMENT

I request and authorize Lake Hospital System, its employees, my physician and other physicians or allied health professionals as are necessary to provide emergency, outpatient and/or general hospital treatment and care. Further, I authorize the hospital and my physician(s) to permit the presence of observers in my treatment as deemed necessary.

### AUTHORIZATION TO RELEASE INFORMATION

I authorize Lake Hospital System, Anesthesia Associates, Drs. Hill & Thomas, Drs. Hill & Chapnick, EKG Associates, Lake Emergency Services ("Hospital-Based Physicians"), and other interpreting physicians involved in my care to release any medical records or medical information necessary to file an insurance claim, to perform quality and utilization assessments, and to release any medical information which may be requested by my insurance carrier or agencies on their behalf. I authorize the release to other health organizations and/or professionals such medical information deemed necessary to ensure continuity and quality of care in the event of my transfer to another institution. Further, I authorize release of medical information to a quality assurance or peer review committee or organization, compliance audits, research, marketing, Department of Health, federal and/or state agencies

I wish to receive information about other Lake Hospital System programs.      ☐ Yes      ☑ No

I wish to be included in the daily patient list.      ☑ Yes      ☐ No

I wish to be included in the clergy census.      ☐ Yes      ☑ No

### ASSIGNMENT OF BENEFITS

In consideration of medical services to be received for this admission, I assign to Lake Hospital System or any Hospital-Based Physician, as applicable, all, including Title XVIII of Social Security Administration, other benefits herein specified. This assignment shall be irrevocable.

### GUARANTEE OF ACCOUNT

I guarantee payment of any and all hospital or Hospital-Based Physician charges not covered by insurance or this assignment, including court costs, if appropriate.

### ACKNOWLEDGMENT OF RECEIPT OF MEDICARE/CHAMPUS INFORMATION

I acknowledge that if I am a Medicare and/or CHAMPUS beneficiary, I have been provided with a notice from Medicare and/or CHAMPUS, regarding my rights as a Medicare and/or CHAMPUS hospital patient.

### PATIENT RIGHTS

I acknowledge that I have received a copy of "Patients Rights and Responsibilities".   ☐ Yes   ☐ No

### PATIENT PRIVACY

I acknowledge that I have received a copy of "The Notice of Privacy Practices."   ☑ Yes   ☐ No

0203-4812

**0013**

```
Pt: COXON,JOSEPH
Acct:0424600967
BD:10/11/75          Unit #: 936243
                     28Y      Sex: M
Dr:ER,DOCTOR
ADM DATE: 09/02/04           WER
```

**LAKE HOSPITAL SYSTEM**
**PATIENT CONSENT FORM** (Page 2 of 2)

### PERSONAL CHOICES

| | | |
|---|---|---|
| I have an Advance Directive - Living Will | ☐ Yes | ☑ No |
| I have a Durable Power of Attorney for Health Care | ☐ Yes | ☑ No |
| I am an Organ Donor | ☑ Yes | ☐ No |

### PATIENT BELONGINGS

Patients are responsible for all money and valuables retained in their possession during their hospital admission or outpatient visit. The hospital is not responsible and accepts no liability for retained belongings including but not limited to money, jewelry, dentures, hearing aids, eye glasses, or other prosthetic devices.

### OBSTETRICS

This consent covers this visit/admission and any subsequent visit/admission relating to this pregnancy.

### SERIES

This consent covers this visit and any subsequent visit related to this encounter.

### NON-COVERED SERVICES OR EQUIPMENT

Check Insurance Type:    ☐ Medicare    ☐ Kaiser    ☐ Other _____

I understand that the service(s) or equipment checked below are considered to be non-covered by my insurance carrier including Medicare. Because this service/equipment is non-covered, I realize that I will be personally responsible for payment.

**Check appropriate service:**

☐ Cardiac Rehab Phase III    ☐ Durable Medical Equipment
☐ Pulmonary Rehab Phase III    ☐ Mammograms (beyond limitations of coverage)

**I HAVE REVIEWED AND CONSENT TO ALL APPLICABLE CLAUSES BY SIGNING BELOW. I UNDERSTAND THE NATURE OF THIS CONSENT AND IT IS REVOCABLE AT ANY TIME.**

Signature _____    Relationship to Patient: _____

Witness to the above signature: _____    Date: 9 12 /04

**Grievance Process: Should you experience dissatisfaction with your care or services while you are a patient you may call (440) 953-6265 or ext. 6265 to report your concerns. You will be contacted and follow-up on your concerns will occur.**

0203-4812

**0014**

• any new or severe symptoms.

## HYPOGLYCEMIA  (Low Blood Suger, Insulin Reaction).

Today your blood sugar was **too low**. Low blood sugar may be caused by having too much insulin in your body compared to the food you have eaten. It can also be caused by exercising more than your usual amount. Hypoglycemia can start quickly.

Do the following:

• It is important to balance your activity, food and insulin.
• See your doctor. Tell your doctor about this visit, and any other times you have had low blood sugar.
• Watch for symptoms of hypoglycemia. They include:
    • hunger
    • weakness
    • light-headedness
    • shakiness and confusion
• If you feel these symptoms, drink some juice or eat some candy. **Keep candy with you at all times.**

Call your doctor if you have:
• any new or severe symptoms.

## YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.

Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away.** If you cannot reach your doctor, return to the Emergency Department.

**"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."**

X _____
    JOSEPH COXON or Responsible Person

JOSEPH COXON or Responsible Person has received this information and tells me that all questions have been answered.

_____
    Caregiver

Portions Copyrighted 1987-2004, LOGICARE Corporation Page 2 of 2

Lake West Hospital System - Emergency Department
36000 Euclid Avenue Willoughby, OH 44094
(440) 953-6003
Patient: JOSEPH COXON, Date: 09/02/2004  Time: 18:20
M.R. #: 936243  Visit #:0424600967

Discharge Instructions

No

IMPORTANT: We examined and treated you today on an emergency basis
only. This was not a substitute for, or an effort to provide, complete medical
care. In most cases, you must let your doctor check you sooner. Tell your
doctor about any new or lasting problems. We cannot recognize and treat all
injuries or illnesses in one Emergency Department visit. If you had special
tests, such as EKG's or X-rays, we will review them again within 24 hours.
We will call you if there are any new suggestions. After you leave, you should
**follow the instructions below.**

You were treated today by Robert Smith, M.D..

THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE
Call as soon as possible to make an appointment to see DR.SCHEAN in 2
days. You can reach your doctor by calling their office phone number.

SPECIAL INFORMATION
WATCH GLUCOSE LEVELS CLOSELY.

*********WATCH GLUCOSE CAREFULLY******** OK TO USE INSULIN
WHILE IN JAIL IF NEEDED FOR COVERAGE.  PATIENT SHOULD
MAINTAIN MEALS AND SNACKS USING DIABETIC DIET.  PATIENT
NEEDS BLOOD SUGAR TESTED AND CAN HAVE GLUCOSSE
MACHINE BROUGHT TO JAIL IF NEEDED TO GET BLOOD SUGAR
READINGS.********

THIS INFORMATION IS ABOUT YOUR DIAGNOSIS
CONJUNCTIVITIS  (Pinkeye).
This is an infection in the sac between your eye and eyelid. It is contagious
(you can spread it to another person).

Follow these instructions:
* Use your own towel and do not let others use tissues or towels you have
  used.
* Wash your hands often with soap and water.
* Apply cool wet packs over your eye for comfort:
    * wet a clean washcloth with cold water.
    * Put the wet washcloth over your eye for 15 to 20 minutes every
      few hours.
* Use the medicine **exactly as prescribed**. Do not share the medicine
  with others.
* Avoid touching your eyes with your fingers.

Call your doctor if:
* you have eye pain.
* you have trouble with your vision.
* you are not better in 2 days.
* you are not completely well in 1 week.
* you have any new or severe symptoms.

CONTUSIONS  (Bruises).
Contusions are an injury to a body part caused by a blunt object. The force of
the injury breaks some of the tiny blood vessels in and under the skin.
Leaking blood from these broken vessels causes the swelling and the blue
color. As the bruise heals, the swelling will go away. The bruise will change
as the blood is washed away from the inside. Its color will change from blue
to yellow-green and later to a faint brown. It should disappear completely in
about 3 weeks.

Do the following:
* Apply ice packs. These help keep the swelling down in the first 2 days
  after an injury. After that, it should get steadily better.
* After 2 days, use warm packs.  That will help the injury heal faster.

Call your doctor if you have:
* increased pain or swelling.
* fever.
* pain lasting longer than 1 week.
* any new or severe symptoms.

ALTERED MENTAL STATUS
You have shown some signs of confusion. Many things can cause a person
to be confused.  It will be important to identify the cause of this symptom.
Some kinds of confusion clear up on their own, but others require special
treatment.

Follow these instructions:
* Have someone stay with you to help you until your doctor says
  otherwise.
* Do not drink alcohol.
* Do not take medicines that your doctor has not prescribed.
* Do not drive or use machinery until your doctor says it is okay.

Tips for family members or caregivers:
These tips are for JOSEPH's family and/or support people who will need to
become part of JOSEPH's care and supervision to insure a safe
environment:

* Consider the safety of all objects in the immediate surrounding. Examine
  each room for an injury. It is possible for a person to mix up the purpose of
  any two articles when confused.
* Use locks or devices to control opening drawers and cupboards that
  contain hazardous articles etc.
* Remove hazardous materials (cleaning materials, paint, etc.) from easy
  access without supervision.
* Reduce clutter in the environment.
* Do not leave JOSEPH alone without supervision.
* Remove sharp utensils that could be reached without supervision.
* Control access to the kitchen cooking appliances.
* Install alarms to alert you to hazards (fire, smoke and motion detectors)
  to alert you. Consider motion detectors on exterior doors if JOSEPH
  wanders at night.
* Install light sensors that will cause your room lights to go on
  automatically when a person walks into a room.  This will help JOSEPH
  avoid a trip and fall if walking into a dark room.
* Use things to orient JOSEPH to person, place and time such as
  calendars, names, pictures etc.
* Do not rearrange the environment often. Keep things familiar and close
  at hand. If JOSEPH can see an item it will help him or her remember it.
* Set a routine. This helps with memory.

If the altered mental status, or confusion, is long-term, remember to take
care of yourself and rest.  Use respite providers in the community that can
come in and give you an opportunity to relax and get out without constantly
supervising JOSEPH. You need this time for your own health.

**Call your doctor or have a family member call the doctor if you have:**
* worsening confusion.

0016

12/05/01 1953    LAK HOSPITAL SYSTEM, INC
          3mission Summary
Room-Bed: Dschrgd         Admit Dt: 12/05/01

Acct #: 0133900701    Baby ID:     Admit Time: 16:41
Loc: WIL Service: MED         Unit #:  936243
Patient: COXON,JOSEPH
Street: 8120 DEEPWOOD    City: MENTOR    State: OH Zip: 44060
Telephone: (440)255-0449 Birthdate: 10/11/75  Age 26Y SSN: 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
Sex: M Marital: S Church:
Smoker:  Publicity:      Race: Adm Source:7 Adm Type: 1
Adv Dir:            Organ Donor:
Employer: 00428 KIRTLAND BD.OF EDUC 9152 CHILLICOTHE RD  KIRTLAND  OH
Adm Dx: LOW BS       Adm Phy: 914 CUA,WARREN G
Adm Com:         Att Phy: 1403 DAHER,ANTHONY
            ER Phy: 914 CUA,WARREN G
Sur Dx:         PC Phy:
Accident Information:
Accident Type:
************************NEAREST RELATIVE INFORMATION************************
Relative Name: COXON,CONNIE    Relationship: PARENT
Home Phone: (440)593-3063    Work Phone:
Relative Name:        Relationship:
Home Phone:        Work Phone:

*************************INSURANCE INFORMATION*****************************
Primary Insured: COXON,JOSEPH   Relationship:
Street:      City:     St:  Zip:
Telephone:     SSN:    Empl Phone:
Employer:

Primary Insurance: SELF PAY
Group #:      Cert/SSN:    Thru:
Verifying Agency Name:      Contact:
             Cont Phone:
Mail To:       Auth #:
Street:      City:     St:  Zip:
Benefit Phone:    Ext:

Secondary Insured:      Relationship:
Street:      City:     St:  Zip:
Telephone:     SSN:    Empl Phone:
Employer:

Secondary Insurance:
Group #:      Cert/SSN:    Thru:
Verifying Agency Name:      Contact:
             Cont Phone:
Mail To:       Auth #:
Street:      City:     St:  Zip:
Benefit Phone:    Ext:
************************MISCELLANEOUS INFORMATION************************
Admitted By: CSZ    Referring Phys:
Preadmitted By: CSZ    Previous Discharge Date: 12/05/01 18:15
Old MR#:      Legal Disposition:     FC: SP
CRT ID: ERC

Discharge Date/Time: 12/05/01 18:15  Discharged To: IMP
Discharge Dx:        Visit Check-In Areas:
           WIL
             END-OF-REPORT

**0017**

# LAKE HOSPITAL SYSTEM
PHYSICIAN ORDER SHEET
EMERGENCY DEPARTMENT

REGULAR MD/CLINIC _____ Schen

ALLERGIES: NONE _____

Pt: COXON,JOSEPH
Acct:0133900701    Unit #: 936243
BD:10/11/75        26Y      Sex: M
Dr:DAHER,ANTHONY
ADM DATE: 12/05/01          WER

DICTATION WITH THIS CHART?    YES    NO

| TIME ORDERED | PHYSICIAN ORDERS (CIRCLE) | SEC | NURSE | PHYSICIAN NOTES |
|---|---|---|---|---|
| | OLD RECORDS    OLD X-RAYS    OLD EKG'S | | | (7) |
| | CBC    BMP    CMP    PT/PTT | | | |
| | PREG    ETOH    DIG    URINE TOX | | | |
| | AMYLASE    LIPASE    HEPATIC PANEL | | | |
| | CPK    HCG | | | |
| | EKG    ABG on _____ % by    RT    MD/PA | | | |
| | BLD C&S x _____    URINE DIP    UA    UA C&S | | | LAB RESULTS: |
| | STREP SCREEN (Rapid)    STREP CULTURE | | | |
| | CXR PA & Lat    CXR Port    ABD Series | | | |
| | C-SPINE TRAUMA    C-SPINE ROUTINE | | | |
| | CT SCAN OF _____ Reason _____ | | | EKG INTERPRETATION: |
| | XRAY OTHER _____ | | | |
| | PSYCH EVAL    RESTRAIN _____ HRS | | | X-RAY INTERPRETATION: |
| | ~~____~~    LEATHER    SOFT    VEST | | | |
| | RUE    LUE    RLE    LLE | | | |
| | MONITOR    O2 at _____ | | | DIAGNOSTIC IMPRESSIONS: |
| | PULSE OX on    RA / O2    = 100 RA | | | Hypoglycemia / |
| | IV _____    HEP LOCK | | | Insullin reaction |
| | BSG 133 mg/dl | | | IDDM |
| | 1800 ADA Diet | | | DISCHARGE ORDERS/INFORMATION |
| 1810 | D/C Discharge | | | FOLLOW UP DR. Schen IN AM DAYS |
| | | | | RETURN IF SYMPTOMS GET WORSE |
| | | | | RX PRESCRIBED Hypoglycemia + |
| | | | | Diabetes Sheet Continue |
| | | | | Monitring Blood Sugar |

RELEASED ☐    AMA ☐    LWBS ☐    TIME OUT: 1815

ADMITTED TO: _____    TRANSFERRED TO: _____

CONDITION ON DISCHARGE/TRANSFER: _____

ED PHYSICIAN NAME & SIGNATURE _____

0400-4750

**0018**

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

COXON, JOSEPH
Acct:0133900701    Unit #: 936243
BD:10/11/75      26Y    Sex: M
Dr:DAHER,ANTHONY
ADM DATE: 12/05/01              WER

45

 **Lake Hospital System**

# EMERGENCY PHYSICIAN RECORD
## Altered Mental Status    (5)

TIME SEEN: _1640_  ROOM: _15_    (EMS Arrival)

HISTORIAN: (patient)  __spouse  __paramedics

__HX / __EXAM LIMITED BY: _____

**HPI**  **chief complaint:** (Decreased Mental Status) / Confusion
(Low Blood Sugar) / Diabetic   Fever

**started:** _PTA_
  __gradual-onset
  __sudden-onset
  __intermittent
  __constant

__gone now  __better  __continues in ED

**character of altered mental status:**
disoriented  confused  (agitated)  trouble concentrating
unresponsive  (decreased responsiveness)  seizure activity

_Found by workers_
_at at work_

**context:**
__nursing home resident / chronic dementia
__found unresponsive / unknown duration
  by nursing home staff  _family:_
__dextrostick low PTA  (25)  / given D50 / Narcan PTA
  good / marginal / no  response
__recent / heavy alcohol intake  ( beer / wine / liquor )
  last drink:
__drug abuse / overdose
_Usually-_  __alert, oriented x3          __alert but confused
  __alert but disoriented to time    __poor alertness

**associated neuro symptoms:**
__new weakness
  • RUE  RLE  LUE  LLE   R / L facial   general (diffuse)
__altered sensation
  • RUE  RLE  LUE  LLE   R / L facial
__falling / decreased ability to stand/walk
  • weak  difficult  off balance  cannot walk  cannot stand
__involuntary movements / seizure activity
_Usually-_  __walks w/o assistance     __uses wheelchair
  __uses a cane / walker      __stands for transfers
  __walks only w/ assistance  __bed-ridden
  __unable to walk           __unable to sit up

__Similar symptoms previously _____

__Recently seen/treated by doctor _____

**ROS**

**CONST**
__fever

**NEURO**
__headache
__head injury
__dizziness

**CHEST**
__chest pain
__palpitations
__cough
  __sputum
__trouble breathing

**ENDOCRINE  (if diabetic)**
__change in diet / activity / insulin

**EYES-ENT**
__trouble w/ vision
__sore throat
__trouble swallowing

**GI and GU**
__nausea
__vomiting
__abdominal pain
__diarrhea
__black/bloody stools
__trouble urinating

**SKIN & LYMPH & MS**
__skin rash / swelling
__joint pain
__back / neck pain

√all systems neg. except as marked

**PAST HISTORY**  __negative
(diabetes) (insulin) oral / diet       __angina / MI / CHF
                                        __AIDS/HIV
__seizure disorder                      __asthma / COPD
                                        __hypertension
__stroke / TIA                          __GI bleeding
                                        __high cholesterol
__hepatitis / cirrhosis
__other problems

**Surgeries:**
__CABG                                  __cholecystectomy
__pacemaker                             __appendectomy
                                        __hysterectomy
                                        __tonsillectomy

**Medications**  __none  √see nurses note   **Allergies**  __NKDA
__ASA  __ibuprofen  __acetaminophen        √see nurses note

**SOCIAL HX**  __smoker          __drug abuse
__history of alcoholism

**FAMILY HX**  __stroke  __migraines  __CAD  __HTN

0019

☑ Nursing Assessment Reviewed.    ☐ HR, RR, Temp reviewed.

**PHYSICAL EXAM**  ☑Alert ☐Lethargic ☐Obtunded
*Distress-* ✓NAD ☐mild ☐moderate ☐severe ☐Seizing / Apneic

**HEENT**
✓no apprnt trauma    ☐scleral icterus / pale conjunctivae.
✓ENT inspectn nml    ☐deprsd gag reflex /poor handling of secretns___
✓pharynx nml    ☐pharyngeal erythema / exudate___
✓airway intact    ☐TM erythema/dullness/blood___
    ☐tenderness/swelling/echymosis___

**NEURO/PSYCH**
*higher functions*    ☐abnormal response to commands___
✓alert    *no response  eyes open  slow  inappropriate*
✓oriented x3
✓mood/affect nml    ☐abnormal response to pain___
    *withdraws  flexor  extensor  none*

    ☐aphasic  *expressive / receptive*___
    ☐disoriented to  *time / place / person*___

*cranial nerves-*
✓normal as tested    ☐facial palsy ( R /L )___
✓pupils equal,    *forehead:  involved  spared*
  round, and    ☐tongue deviation ( to R / L )___
  reactive    ☐EOM palsy___
✓EOM's intact    ☐unequal pupils___
    R pupil___mm  L pupil___mm
    ☐abnormal funduscopic / papilledema___

*cerebellar-*
✓normal as tested    ☐abnormal Romberg / gait / finger-nose test___

*peripheral exam-*
✓no motor deficit    ☐weakness / hemiparesis / hemiplegia / dyspraxia___
✓no sensory deficit
✓reflexes nml    ☐pronator drift ( RUE / LUE )___
    ☐altered light-touch / pin-prick / 2-pt discrimin.___

    ☐Babinski reflex ( R / L )___

    ☐asterixis___

Reflexes

**NECK**
✓supple    ☐cerv. lymphadenopathy___
✓non-tender    ☐stiff neck / meningismus___
    ☐carotid bruit___

**RESPIRATORY**
✓no resp. distress    ☐resp. distress___
✓breath sounds nml    ☐wheezing___
    ☐rales / rhonchi___

**CVS**
✓reg. rate, rhythm    ☐tachycardia / bradycardia / irreg. irreg. rhythm___
✓heart sounds nml    ☐JVD present___
    ☐murmur  grade___/6   sys / dias___
    ☐gallop ( S3 / S4 )___
    ☐decreased pulse(s)___

**ABDOMEN**
✓non-tender    ☐guarding___
✓no organomegaly    ☐hepatomegaly / splenomegaly / mass___

**SKIN**
✓color nml, no rash    ☐cyanosis / diaphoresis / pallor___
✓warm, dry    ☐skin rash___

**EXTREMITIES**
✓non tender    ☐pedal edema___
✓normal ROM
✓no pedal edema    ☐tenderness___

Altered Mental Status-45

---

**LABS, XRAYS, and PROGRESS:**

**EKG MONITOR STRIP**___NSR___Rate___
**EKG**___NML ☐Interp. by me.___☐Reviewed by me    Rate___
___NSR___nml intervals___nml axis___nml QRS___nml ST/T___
not / changed from:___
**CXR** ☐Interp. by me  ☐Reviewed by me  ☐Discsd w/radiologist
___nml/NAD___no infiltrates___nml heart size___nml mediastinum
not / changed from:___

| CBC | Chemistries | ABG's | UA |
|---|---|---|---|
| normal except | normal except | time:___ | normal except |
| WBC___ | Gluc *126* | ___ | WBC___ |
| Hgb___ | BUN *15* | ___LO2___RA | RBC's___ |
| Hct___ | Creat *1.1* | pH___ | bacteria___ |
| Platelets___ | Na *139* | pCO2___ | dip:___ |
| segs___ | K *3.6* | pO2___ | |
| bands___ | Cl *100* | **PULSE OX** | |
| lymphs___ | CO2 *28* | time: *O₂H 8.3* | |
| monos___ | Anion Gap *11* | ___% sat | |

**Head CT**___nml

**Treatment**  IV D50 / IV Narcan  Thiamine IV / IM  IV Fluids
☐Intubated___*by ED Physician*___pre-oxygenated
___versed / valium / ativan___pavulon___succinyl choline___vecuronium
#___nasal / oral___breath snds equal___position confmd on CXR
Time___unchanged___improved___re-examined

*Course in ED*
*Pt Brought in*
*Tx*

☐Discussed with Dr.___    ☐CRIT CARE- 30-74 min___
*will see patient in:  office / ED / hospital*    75-104 min___min
☐Counseled patient / family regarding:    ☐Prior records ordered
*lab results  diagnosis  need for follow-up*    ☐Additional history from:
___Rx given___Admit orders written    *family caretaker paramedics*

**CLINICAL IMPRESSION:**

Confusion Stupor Coma    Intracerebral / Subarachnoid Bleed
Chronic Dementia    Subdural / Epidural Hematoma
Hypoglycemia / Insulin Reaction    Seizures / Post-ictal state
Hypernatremia / Hyponatremia    CVA (Stroke) / T. I. A.
Volume Depletion    Sepsis / Meningitis / Encephalitis
Overdose / Substance Abuse    Urinary Tract Infection / Pneumonia
Alcohol Intoxication    Hepatic Encephalopathy
*IDDM*

**DISPOSITION-** ☑home ☐admitted ☐transferred
**CONDITION-** ☐unchanged ☑improved ☐stable

_____ PA

_____ MD / DO

0020

# LAKE HOSPITAL SYSTEM — EMERGENCY DEPARTMENT — TRIAGE ASSESSMENT

EAST - 10 East Washington, Painesville, OH 44077 (440) 354-1685 • WEST - 36000 Euclid Ave., Willoughby, OH 44094 953-6003

DATE 12-5-01

| TxPTA ☐ None | REGULAR MD/CLINIC Dr Shani | ☐ POLICE NOTIFIED | NAME | AGE |
|---|---|---|---|---|
| ☐ O2 | ☐ EMERGENT ☐ URGENT ☐ SEMI URGENT ☐ NON URGENT | | | |
| ☐ ETT/AIRWAY | | | | |
| ☐ MONITOR | ☐ AMBULATORY ☐ W/C ☐ AMBULANCE ☐ POLICE | | Pt: COXON, JOSEPH | |
| ☐ CC/BB/HB | BP 100/71  P 99  RR 20  T  SaO2 100 | | Acct:01339000701   Unit #: 936243 | |
| ☐ SPLINT | | | BD:10/11/75   26Y   Sex: M | |
| ☐ OTHER | HOME O2  NO ☐  YES ☐ ___ LPM  H.C. ___ | | Dr:DAHER, ANTHONY | |
| ☐ IV | WEIGHT: STATED 230  ACTUAL ___ ☐ LBS  ☐ KG | | ADM DATE: 12/05/01   WER | |

CHIEF COMPLAINT  low BS  8:25 2nd H2 sugar 118,
lamp D50 on Squad  DM

HISTORY OF PRESENT ILLNESS/INJURY

MEDICATIONS/DOSAGE  NONE ☐  lantose
35 units lantose QHS
15 units Humulin R  Two c meals

| | N/A | YES | NO | AMOUNT |
|---|---|---|---|---|
| ETOH | | | | |
| TOBACCO | | chew/green | | |
| DRUGS | | | | |

FOOD/DRUG ALLERGIES  NONE ☐  KNOWN ☐

| TETANUS IMMUNIZATIONS | ☐ <5 YRS. | ☐ >5 YRS. |
|---|---|---|
| | ☐ UNKNOWN | ☐ UTD |

PAST MEDICAL HISTORY: ☐ HEART  ☐ LUNG  ☐ KIDNEY  ☐ DIABETES  ☐ SEIZURES  ☐ HTN  ☐ OTHER

## RELEVANT REVIEW OF SYSTEMS: CIRCLE N/A (If Not Applicable)

| MENTAL STATUS | YES | NO |
|---|---|---|
| ALERT | | |
| ORIENTED TO PERSON | | |
| ORIENTED TO PLACE | | |
| ORIENTED TO TIME | | |

| NEURO | N/A | YES | NO |
|---|---|---|---|
| HEADACHE | | | |
| LOSS OF CONSCIOUSNESS | | | |
| PERRL | | | |
| MOTOR IMPAIRMENT | | | |
| SENSORY IMPAIRMENT | | | |

| GLASGOW COMA SCALE  N/A | SCORE |
|---|---|
| 1. EYE OPENING RESPONSE | |
| 4 = Spontaneous | |
| 3 = To Voice | 4 |
| 2 = To Pain | |
| 1 = None | |
| 2. BEST VERBAL RESPONSE | |
| 5 = Oriented | |
| 4 = Confused | |
| 3 = Inappropriate Words | 5 |
| 2 = Incomprehensible | |
| 1 = None | |
| 3. BEST MOTOR RESPONSES | |
| 6 = Obeys Command | |
| 5 = Purposeful Move | |
| 4 = Withdrawn | 6 |
| 3 = Flexion | |
| 2 = Extension | |
| 1 = Flaccid | |
| SCORE TOTAL | |

| EYE | N/A | YES | NO |
|---|---|---|---|
| BLURRING | | | |
| PHOTOPHOBIA | | | |
| DRAINAGE | | | |
| VISUAL ACUITY: | UNABLE | GLASSES/CONTACTS | |
| | OD | OS | OU |

| LACERATION/WOUND | N/A |
|---|---|
| LOCATION | |
| DESCRIPTION / SIZE | |

| | YES | NO |
|---|---|---|
| DRAINAGE | | |
| ACTIVE BLEEDING | | |
| DRESSING | | |
| DISTAL NEURO INTACT | | |
| DISTAL PULSE PRESENT | | |

| HEART & LUNGS | N/A | YES | NO |
|---|---|---|---|
| BREATH SOUNDS PRESENT | | ✓ | |
| ABNORMAL | | | |
| DYSPNEIC | | | |
| DIAPHORETIC | | | |
| COUGH | | | |
| SKIN COLOR WNL | | | |

| GI / ABD | N/A | YES | NO |
|---|---|---|---|
| NAUSEA / VOMITING | | | |
| LOSS OF APPETITE | | | |
| DIARRHEA | | | |
| BOWEL SOUNDS WNL | | | |
| LAST BM | | | |

| GU | N/A | YES | NO |
|---|---|---|---|
| FREQUENCY | | | |
| HEMATURIA | | | |
| DYSURIA | | | |
| INCONTINENCE | | | |
| RETENTION | | | |

| INFORMATION PROVIDED BY: |
|---|
| ☐ PATIENT   ☐ PARENT |
| ☐ OTHER |

| PAIN | N/A |
|---|---|
| SEVERITY: 0 1 2 3 4 5 6 7 8 9 10 | |
| LOCATION | |
| DURATION | |
| RADIATION | |
| QUALITY / DESCRIPTION | |

| GYN | N/A | YES | NO |
|---|---|---|---|
| LMP | | | |
| NORMAL | | | |
| BLEEDING | | | |
| VAG. DISCHARGE | | | |
| POSS. PREGNANT | | | |
| GRAVIDA | PARA | | AB |

| ORTHO | N/A | YES | NO |
|---|---|---|---|
| LOCATION | | | |
| DEFORMITY | | | |
| SWELLING | | | |
| DISTAL PULSE PRESENT | | | |
| DISTAL NEURO PRESENT | | | |
| SPLINT / SLING | | | |

| INIT. | SIGNATURES |
|---|---|
| | |

0200-4873

0021

**LAKE HOSPITAL SYSTEM**
**EMERGENCY DEPARTMENT**
**NURSING NOTES**

DATE 12-5-01

NAME

Pt: COXON,JOSEPH
Acct:0133900701        Unit #: 936243
BD:10/11/75              26Y    Sex: M
Dr:DAHER,ANTHONY
ADM DATE: 12/05/01              WER

M.R.#

AGE

PAGE _____ OF _____

| TIME | IV SOLUTION/ADMIXTURE | RATE | SIZE | SITE | INITIAL | TIME D/C | INIT. | TIME | MEDICATION | SITE | ROUTE | INIT. |
|------|----------------------|------|------|------|---------|----------|-------|------|------------|------|-------|-------|
| 1630 | IV | | #18 | RAC | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| VITAL SIGNS | | | | | | VITAL SIGNS | | | | | | POSTURALS | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| TIME | BP | P | RR | T | SpO2 | TIME | BP | P | RR | T | SpO2 | TIME | BP | PULSE |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | LYING | | | |
| | | | | | | | | | | | DANGLING | | | |
| | | | | | | | | | | | STANDING | | | |

| TIME | NURSES NOTES |
|------|--------------|
| 1640 | Pt to Room 15 via squad. LWBS x3 awaiting to be seen |
| 1640 | Dr Cuca @ bedside - HL done & labs drawn & sent |
| 1645 | BGM - 133 |
| 1845 | Pt doing T'willi + keep O2 sats |
| 1915 | IV D/C'd at Pt disc'd per Dr = instruct Pt void, now stopped. No Hx placental or chest |

| INTAKE | | | | OUTPUT | | | | | TOTAL INTAKE | |
|------|------|------|------|------|------|------|------|------|------|------|
| TIME | ORAL | IV | | INFUSED | TIME | URINE | NG | EMESIS | OTHER | |
| | | | | | | | | | | |
| TOTAL | | | | TOTAL | | | | | TOTAL OUTPUT | |

**DISPOSITION**
ADMIT    TRANSFER    DISCHARGE    AMA    LWBS
DESTINATION _____ TIME _____
CONDITION UPON DISPOSITION _____

| INIT. | SIGNATURES |
|-------|------------|
| | |
| | |

0200-4880

0022

Lake Hospital System
Emergency Department
Dipstick Urine Test Results

Pt: COXON,JOSEPH
Acct:0133900701   Unit #: 936243
BD:10/11/75      26Y    Sex: M
Dr:DAHER,ANTHONY
ADM DATE: 12/05/01      WER

Time: _1800_____    ED Bed #_____    Date_____

| Specific Gravity | 1.000 | 1.005 | 1.010 | 1.015 | 1.020 | 1.025 | 1.030 |
|---|---|---|---|---|---|---|---|
| Ph | 5 | 6 | 7 | 8 | 9 | | |
| Leukocytes | NEG | Trace | + | ++ | | | |
| Nitrite | NEG | POS | | | | | |
| Protein | NEG | Trace | 30 | 100 | 500 | | |
| Glucose | NORM | | 50 | 100 | 250 | 500 | 1000 |
| Ketones | NEG | Small | MOD | LG | | | |
| Urobilinogen | NORM | | 1 | 4 | 8 | 12 | |
| Bilirubin | NEG | + | ++ | +++ | | | |
| Blood | NEG | 5-10 | 50 | About 250 | | | |
| Hemoglobin | NEG | 10 | 50 | 250 | | | |

Signature _____



# Lake Hospital System, Inc.

Lake West Hospital
36000 Euclid Ave.
Willoughby OH 44094

Madison Medical Campus
6270 North Ridge Rd.
Madison, OH 44057

Lake Mentor Urgent Care Center
6965 Center St.
Mentor, OH 44060

Lake East Hospital
10 E. Washington St.
Painesville, OH 44077

Mentor Medical Campus
9485 Mentor Ave.
Mentor, OH 44060

Lake Willowick Urgent Care Center
30498 Lake Shore Blvd.
Willowick, OH 44094

```
MR#: 936243                        LOC: WIL
COXON, JOSEPH
ACCT#: 0133900701
BD: 10/11/1975      M
PHYS:DAHER,ANTHONY MD
     CUA, WARREN
```

```
W8747  COLL: 12/05/2001  UNK   REC: 12/05/2001  17:06 PHYS: DAHER,ANTHONY M

   BASIC METABOLIC PAN                                          STAT
      GLUCOSE        * 126                [70-105]    MG/DL     STAT
      UREA NITROGEN    15                 [8-25]      MG/DL     STAT
      CREATININE       1.1                [0.9-1.6]   MG/DL     STAT
      BUN/CREAT. RATI  13.6               [8-21]      RATIO     STAT
      SODIUM           139                [138-146]   MMOL/L    STAT
      POTASSIUM      * 3.6                [3.8-5.1]   MMOL/L    STAT
      CHLORIDE         100                [97-107]    MMOL/L    STAT
      CARBON DIOXIDE   28                 [24-31]     MMOL/L    STAT
      ANION GAP        11                 [0-16]      MMOL/L    STAT
      TOTAL CALCIUM  * 8.3                [8.5-10.4]  MG/DL     STAT
```

```
COXON, JOSEPH                  DAHER,ANTHONY MD              PAGE 1
                               END OF REPORT      12/06/2001  01:01
```

Pt: COXON,JOSEPH
Acct:0133900701        Unit #: 936243
BD:10/11/75         26Y    Sex: M
Dr:DAHER,ANTHONY
ADM DATE: 12/05/01          WER

HR(ECG):  97  BPM  Resp(ECG II): --- RPM  IBP1: --- / --- ( --- ) mmHg



NIBP: 162 / 71 ( 108 ) mmHg  Interval: 30 min  ET:   7 min  SpO2: --- %  Temp: --- F



# Lake Hospital System, Inc.

Lake West Hospital
36000 Euclid Ave.
Willoughby OH 44094

Madison Medical Campus
6270 North Ridge Rd.
Madison, OH 44057

Lake Mentor Urgent Care Center
6965 Center St.
Mentor, OH 44060

Lake East Hospital
10 E. Washington St.
Painesville, OH 44077

Mentor Medical Campus
9485 Mentor Ave.
Mentor, OH 44060

Lake Willowick Urgent Care Center
30498 Lake Shore Blvd.
Willowick, OH 44094

```
MR#: 936243                    LOC: WIL
COXON, JOSEPH
ACCT#: 0133900701
BD: 10/11/1975      M
PHYS:DAHER,ANTHONY MD
     CUA, WARREN
```

```
W8747   COLL: 12/05/2001  UNK    REC: 12/05/2001   17:06 PHYS: DAHER,ANTHONY M

   BASIC METABOLIC PAN                                            STAT
      GLUCOSE          * 126            [70-105]        MG/DL      STAT
      UREA NITROGEN      15             [8-25]          MG/DL      STAT
      CREATININE         1.1            [0.9-1.6]       MG/DL      STAT
      BUN/CREAT. RATI    13.6           [8-21]          RATIO      STAT
      SODIUM             139            [138-146]       MMOL/L     STAT
      POTASSIUM        * 3.6            [3.8-5.1]       MMOL/L     STAT
      CHLORIDE           100            [97-107]        MMOL/L     STAT
      CARBON DIOXIDE     28             [24-31]         MMOL/L     STAT
      ANION GAP          11             [0-16]          MMOL/L     STAT
      TOTAL CALCIUM    * 8.3            [8.5-10.4]      MG/DL      STAT
```

```
COXON, JOSEPH                  DAHER,ANTHONY MD                PAGE 1
                               END OF REPORT        12/06/2001  01:01
```

**LAKE HOSPITAL SYSTEM**
**PATIENT CONSENT FORM** (Page 1 of 2)

Pt: COXON,JOSEPH
Acct:0133900701
BD:10/11/75          Unit #: 936243
Dr:DAHER,ANTHONY     26Y      Sex: M
ADM DATE: 12/05/01
                              WER

### REQUEST FOR GENERAL TREATMENT

I request and authorize Lake Hospital System, its employees, my physician and other physicians or allied health professionals as are necessary to provide emergency, outpatient and/or general hospital treatment and care. Further, I authorize the hospital and my physician(s) to permit the presence of observers in my treatment as deemed necessary.

### AUTHORIZATION TO RELEASE INFORMATION

I authorize Lake Hospital System to release any medical records or medical information necessary to file an insurance claim, to perform quality and utilization assessments, and any medical information which may be requested by my insurance carrier or agencies on their behalf. I authorize the release to other health organizations or professionals such medical information deemed necessary to ensure continuity and quality of care in the event of my transfer to another institution. Further, I authorize release of medical information to a quality assurance or peer review committee or organization, compliance audits, research, marketing, Department of Health, federal and/or state agencies

I wish to receive information about other Lake Hospital System programs.   ❏ Yes   ❏ No

### ASSIGNMENT OF BENEFITS

In consideration of medical services to be received for this admission, I assign to Lake Hospital System all, including Title XVII of Social Security Administration, other benefits herein specified. This assignment shall be irrevocable.

### GUARANTEE OF ACCOUNT

I guarantee payment of any and all hospital charges not covered by insurance or this assignment, including court costs, if appropriate.

### ACKNOWLEDGMENT OF RECEIPT OF MEDICARE/CHAMPUS INFORMATION

I acknowledge that if I am a Medicare and/or CHAMPUS beneficiary, I have been provided with a notice from Medicare and/or CHAMPUS, regarding my rights as a Medicare and/or CHAMPUS hospital patient.

### PATIENT RIGHTS

I acknowledge that I have received a copy of "Patients Rights and Responsibilities".   ❏ Yes   ❏ No

### PERSONAL CHOICES

| | | |
|---|---|---|
| I have an Advance Directive - Living Will | ❏ Yes | ❏ No |
| I have a Durable Power of Attorney for Health Care | ❏ Yes | ❏ No |
| I am an Organ Donor | ❏ Yes | ❏ No |

### PATIENT BELONGINGS

Patients are responsible for all money and valuables retained in their possession during their hospital admission or outpatient visit. The hospital is not responsible and accepts no liability for retained belongings including but not limited to money, jewelry, dentures, hearing aids, eye glasses, or other prosthetic devices.

0601-4812

**0027**

## OBSTETRICS

This consent covers this visit/admission and any subsequent visit/admission relating to this pregnancy. I authorize Lake Hospital System to release a birth announcement to local newspapers for publication

❏ Yes  ❏ No

## NON-COVERED SERVICES OR EQUIPMENT

Check Insurance Type:  ❏  Medicare  ❏  Kaiser  ❏  Other _____

I understand that the service(s) or equipment checked below are considered to be non-covered by my insurance carrier including Medicare.  Because this service/equipment is non-covered, I realize that I will be personally responsible for payment.

**Check appropriate service:**
- ❏ Cardiac Rehab Phase III
- ❏ Pulmonary Rehab Phase III
- ❏ Durable Medical Equipment
- ❏ Mammograms (beyond limitations of coverage)

**I HAVE REVIEWED AND CONSENT TO ALL APPLICABLE CLAUSES BY SIGNING BELOW.  I UNDERSTAND THE NATURE OF THIS CONSENT AND IT IS REVOCABLE AT ANY TIME.**

Signature: _____  Relationship to Patient:_____

Witness to the above signature: _____  Date: _____/_____/_____

**Grievance Process:  Should you experience dissatisfaction with your care or services while you are a patient you may call (440) 953-6265 or ext. 6265 to report your concerns.  You will be contacted and follow-up on your concerns will occur.**

0601-4812

```
Pt: COXON,JOSEPH
Acct:0133900701
BD:10/11/75
Dr:DAHER,ANTHONY      Unit #: 936243
ADM DATE: 12/05/01    26Y      Sex: M
                      WER
```

### Discharge Instructions

Caregiver

**No**

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below.**

You were treated today by Warren Cua, M.D..

**THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE**
Call as soon as possible to make an appointment in 1 day to see Not Applicable, . You can reach Not Applicable at (440) 953-6003, . If you have any problems before this appointment, call the office.

**THIS INFORMATION IS ABOUT YOUR DIAGNOSIS**
**HYPOGLYCEMIA**  (Low Blood Sugar, Insulin Reaction).
Today your blood sugar was **too low**. Low blood sugar may be caused by having too much insulin in your body compared to the food you have eaten. It can also be caused by exercising more than your usual amount. Hypoglycemia can start quickly.

**Do the following:**
- It is important to balance your activity, food and insulin.
- See your doctor. Tell your doctor about this visit, and any other times you have had low blood sugar.
- Watch for symptoms of hypoglycemia. They include:
  - hunger
  - weakness
  - light-headedness
  - shakiness and confusion
- If you feel these symptoms, drink some juice or eat some candy. **Keep candy with you at all times.**

**Call your doctor if you have:**
- any new or severe symptoms.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.**
Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away.** If you cannot reach your doctor, return to the Emergency Department.

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

_____
JOSEPH COXON or Responsible Person

JOSEPH COXON or Responsible Person has received this information and tells me that all questions have been answered.

Portions Copyrighted 1987-2001, LOGICARE Corporation Page 1 of 1

0029


| | | | |
|---|---|---|---|
| **Pt Name:** | COXON, JOSEPH | **MRN:** | 936243 |
| **Pt ID:** | 2007345015 | | |
| **DOB:** | 10/11/1975 | **Age/Sex** | 33Y/M |

**Allergies:** Not Assessed

| | | | |
|---|---|---|---|
| **Order Name:** | | **Observation Dtime:** | 09/03/2004 18:37 |
| **Result Name:** | XR Humerus Right Min 2 Views | **Result Status:** | Final Result |

```
                    LAKE HOSPITAL SYSTEM RADIOLOGY REPORT
Patient Name: COXON,JOSEPH          Acct#: 0424701105     Unit#: 936243
AGE:  28  DOB: 10/11/1975 SEX: M    Exam Loc:  O/P        Ck-in#:  1014872
                                    Current Loc: WOP
Order Dt/Tm:                        Check-In Dt/Tm: 09/03/2004 18:37
                    Report Release Dt/Tm: 09/06/2004 14:07
Ord: 0693 SILVERBLATT,JAMES
Att: 0693 SILVERBLATT,JAMES         Adm: 0693 SILVERBLATT,JAMES
ID #: 302743160                     ID # 2:
Deliver to:
SILVERBLATT,JAMES                   35010 CHARDON RD #101(440)946-4642
                                    WILLOUGHBY HILL OH 44094

     Chk-in #   Order   Exam
     1014872    0001    7360   XR HUMERUS RT MIN 2V
                               Ord Diag: R/O FRACTURE

Technologist : FIFE,R

RIGHT HUMERUS 9/3/04

CLINICAL INFORMATION: ASSAULTED, RIGHT ARM PAIN, NECK PAIN

AP and lateral views of the right humerus were obtained.  No acute
fracture is identified.  There is a surgical screw and wire stabilizing
an old olecranon fracture. No soft tissue abnormalities are seen.


CERVICAL SPINE

Eight views of the cervical spine were obtained.  No fracture is
identified. Alignment is satisfactory.  Vertebral body heights and disc
space is maintained.   There is no prevertebral soft tissue swelling.

IMPRESSION: NEGATIVE RIGHT HUMERUS.  NEGATIVE CERVICAL SPINE.

AS/lc
```

© 2004-2009 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2009 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Echols-Richardson, Kim
Printed: 2/24/2009 11:45:49AM

**0030**


| | | | |
|---|---|---|---|
| **Pt Name:** | COXON, JOSEPH | **MRN:** | 936243 |
| **Pt ID:** | 2007345015 | | |
| **DOB:** | 10/11/1975 | **Age/Sex** | 33Y/M |

| **Allergies:** | Not Assessed | | |
|---|---|---|---|
| **Order Name:** | | **Observation Dtime:** | 09/03/2004 18:37 |
| **Result Name:** | XR Humerus Right Min 2 Views | **Result Status:** | Final Result |

```
                        /READ BY/ 1345 SCHARF,AND
                        /Released By/ 0711  ADRIAN G KRUDY, Radiologi
    CWIOK,LINDA L
      Original Trans. Start Dt/Tm:  09/06/2004 06:37
The radiologist noted as RELEASED BY may not be the radiologist who interpreted
the films. This radiologist may only be releasing the report for printing
according to hospital protocol.

    Report Produced by Conversion From Star
                            Page :1
```

© 2004-2009 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2009 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Echols-Richardson, Kim
Printed: 2/24/2009 11:45:49AM

0031


| | | | |
|---|---|---|---|
| **Pt Name:** | COXON, JOSEPH | **MRN:** | 936243 |
| **Pt ID:** | 2007345015 | | |
| **DOB:** | 10/11/1975 | **Age/Sex** | 33Y/M |

**Allergies:** Not Assessed

**Comments**

Result Comments:

Requisition Comments:

Ordering Dr:

Order Date/Time:

Ord#/Occurrence#:    /

© 2004-2009 Siemens Medical Solutions Health Services Corporation.  All rights reserved.

Crystal Reports © 1991-2009 Business Objects Software Limited. All rights reserved.

**0032**


| **Pt Name:** | COXON, JOSEPH | **MRN:** | 936243 |
|---|---|---|---|
| **Pt ID:** | 2007345015 | | |
| **DOB:** | 10/11/1975 | **Age/Sex** | 33Y/M |

| **Allergies:** | Not Assessed | | |
|---|---|---|---|
| **Order Name:** | | **Observation Dtime:** | 09/03/2004 18:37 |
| **Result Name:** | XR Spine Cervical Min 4 Views | **Result Status:** | Final Result |

```
              LAKE HOSPITAL SYSTEM RADIOLOGY REPORT
Patient Name: COXON,JOSEPH        Acct#: 0424701105    Unit#: 936243
AGE:  28  DOB: 10/11/1975 SEX: M  Exam Loc:  O/P       Ck-in#:   1014872
                                  Current Loc: WOP
Order Dt/Tm:                      Check-In Dt/Tm: 09/03/2004 18:37
              Report Release Dt/Tm: 09/06/2004 14:07
Ord: 0693 SILVERBLATT,JAMES
Att: 0693 SILVERBLATT,JAMES        Adm: 0693 SILVERBLATT,JAMES
ID #: 302743160                    ID # 2:
Deliver to:
SILVERBLATT,JAMES                  35010 CHARDON RD #101(440)946-4642
                                   WILLOUGHBY HILL OH 44094

    Chk-in #   Order   Exam
     1014872   0001    7250   XR CERVICAL SPINE, MIN 4V
                             Ord Diag: R/O FRACTURE

Technologist : FIFE,R

RIGHT HUMERUS 9/3/04

CLINICAL INFORMATION: ASSAULTED, RIGHT ARM PAIN, NECK PAIN

AP and lateral views of the right humerus were obtained.  No acute
fracture is identified.  There is a surgical screw and wire stabilizing
an old olecranon fracture. No soft tissue abnormalities are seen.


CERVICAL SPINE

Eight views of the cervical spine were obtained.  No fracture is
identified. Alignment is satisfactory.  Vertebral body heights and disc
space is maintained.   There is no prevertebral soft tissue swelling.

IMPRESSION: NEGATIVE RIGHT HUMERUS.  NEGATIVE CERVICAL SPINE.

AS/lc
```

**Pt Name: COXON, JOSEPH**                **MRN: 936243**

Page 1 of 3                                XR Spine Cervical Min 4 Views Results Report
ORE_0126.rpt;Version 1.00
Printed By: Echols-Richardson, Kim
Printed: 2/24/2009 11:46:25AM

© 2004-2009 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2009 Business Objects Software Limited. All rights reserved.

0033



## LAKE HOSPITAL SYSTEM
### XR Spine Cervical Min 4 Views Results Report

| | | | |
|---|---|---|---|
| **Pt Name:** | COXON, JOSEPH | **MRN:** | 936243 |
| **Pt ID:** | 2007345015 | | |
| **DOB:** | 10/11/1975 | **Age/Sex** | 33Y/M |

**Allergies:** Not Assessed

| | | | |
|---|---|---|---|
| **Order Name:** | | **Observation Dtime:** | 09/03/2004 18:37 |
| **Result Name:** | XR Spine Cervical Min 4 Views | **Result Status:** | Final Result |

```
                          /READ BY/ 1345 SCHARF,AND
                          /Released By/ 0711  ADRIAN G KRUDY, Radiologi
      CWIOK,LINDA L
        Original Trans. Start Dt/Tm:  09/06/2004 06:37
The radiologist noted as RELEASED BY may not be the radiologist who interpreted
the films. This radiologist may only be releasing the report for printing
according to hospital protocol.

      Report Produced by Conversion From Star
                              Page :1
```

© 2004-2009 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2009 Business Objects Software Limited. All rights reserved.

ORE_0126.rpt;Version 1.00
Printed By: Echols-Richardson, Kim
Printed: 2/24/2009 11:46:25AM

0034


| **Pt Name:** | COXON, JOSEPH | **MRN:** | 936243 |
| **Pt ID:** | 2007345015 | | |
| **DOB:** | 10/11/1975 | **Age/Sex** | 33Y/M |

**Allergies:**     Not Assessed

**Comments**

Result Comments:

Requisition Comments:

Ordering Dr:                                               Order Date/Time:
                                                          Ord#/Occurrence#:    /

0035